# EXHIBIT B











