Venkat Balasubramani
(State Bar No. 189192)
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
(206) 529-4827 phone
(206) 260-3966 fax
venkat@focallaw.com
Counsel for Defendant Matthew Inman

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON,<br><br>          Plaintiff,<br><br>   vs.<br><br>MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AMERICAN CANCER SOCIETY, and Does 1-100.<br><br>          Defendants. | NO. CV-12-3112-DMR<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Venkat Balasubramani hereby appears in the above-entitled cause of action as counsel of record for Defendant Matthew Inman, without waiving any objections as to service of process, personal or subject matter jurisdiction, venue, or any other defenses.

Dated: June 19, 2012.

**Focal PLLC**
s/ Venkat Balasubramani
_____
Venkat Balasubramani, State Bar No. 189192
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Tel:   (206) 529-4827
Fax:  (206) 260-3966
Email: venkat@focallaw.com
For Defendant Matthew Inman

Case No. CV-12-3112-DMR
NOTICE OF APPEARANCE - 1

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send email notification of such filing to all parties who have appeared in this action.

s/ Venkat Balasubramani
Venkat Balasubramani, Bar No. 189192
**Focal PLLC**
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Tel:   (206) 529-4827
Fax:   (206) 260-3966
Email: venkat@focallaw.com

For Defendant Matthew Inman

Case No. CV-12-3112-DMR
NOTICE OF APPEARANCE - 2