1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES CARREON

                                         No. C  12-03112 DMR

             Plaintiff(s),

                                         **DECLINATION TO PROCEED BEFORE**
                                         **A MAGISTRATE JUDGE**
                                         **AND**
       v.                                **REQUEST FOR REASSIGNMENT TO A**
MATTHEW INMAN, INDIEGOGO, INC.,          **UNITED STATES DISTRICT JUDGE**
NATIONAL WILDLIFE FEDERATION, AND
AMERICAN CANCER SOCIETY.          ⊞
             Defendant(s).
_____/

       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

       The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

                                              Charles Carreon
                                              2012.06.19
                                              16:27:04 -07'00'
Dated:   June 19, 2012
       _____         Signature_____

                                       Counsel for  Charles Carreon, pro se
                                       _____
                                       (Plaintiff, Defendant, or indicate "pro se")