Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Matthew Zimmerman (SBN 212423)
*mattz@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

Attorneys for Defendant
MATTHEW INMAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AMERICAN CANCER SOCIETY, and Does 1-100,<br><br>　　　　　　　　　Defendants. | Case No.: 3:12-cv-3112-EMC<br><br>**NOTICE OF ENTRY OF APPEARANCE OF CORYNNE MCSHERRY FOR DEFENDANT MATTHEW INMAN**<br><br>Hon. Edward M. Chen |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Corynne McSherry of the Electronic Frontier Foundation, 454 Shotwell Street, San Francisco, CA 94110, hereby enters his appearance in the above-captioned matter as additional counsel on behalf of Defendant Matthew Inman.

DATED: June 22, 2012

By: /s/ *Corynne McSherry*
Corynne McSherry
Kurt Opsahl
Matthew Zimmerman
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Defendant
MATTHEW INMAN

1
CASE NO.: 3:12-cv-3112-EMC    NOTICE OF ENTRY OF APPEARANCE
OF CORYNNE MCSHERRY

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on June 22, 2012, in San Francisco, California.

*/s/ Corynne McSherry*
Corynne McSherry