DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
EUGENE NOVIKOV (SBN 251316)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
INDIEGOGO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES CARREON,<br><br>               Plaintiff,<br><br>   v.<br><br>MATTHEW INMAN; INDIEGOGO, INC.; NATIONAL WILDLIFE FEDERATION; AMERICAN CANCER SOCIETY; AND DOES 1-100,<br><br>               Defendants. | Case No. 3:12-cv-03112-EMC<br><br>**NOTICE OF ENTRY OF APPEARANCE OF MARK A. LEMLEY FOR DEFENDANT INDIEGOGO, INC.**<br><br>Ctrm: 5 - 17th Floor<br>Judge: Honorable Edward M. Chen |

1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE THAT Mark A. Lemley of Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111, hereby enters his appearance in the above-captioned matter as counsel on behalf of Defendant IndieGoGo, Inc.

Dated: June 28, 2012

DURIE TANGRI LLP

By: */s/ Mark A. Lemley*
MARK A. LEMLEY

Attorneys for Defendant
INDIEGOGO, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on June 28, 2012, in San Francisco, California.

*/s/ Mark A. Lemley*

MARK A. LEMLEY