| | |
|---|---|
| 1 | DURIE TANGRI LLP |
|   | RAGESH K. TANGRI (SBN 159477) |
| 2 | rtangri@durietangri.com |
|   | MARK A. LEMLEY (SBN 155830) |
| 3 | mlemley@durietangri.com |
|   | EUGENE NOVIKOV (SBN 251316) |
| 4 | enovikov@durietangri.com |
|   | 217 Leidesdorff Street |
| 5 | San Francisco, CA 94111 |
|   | Telephone:  415-362-6666 |
| 6 | Facsimile:   415-236-6300 |
| 7 | Attorneys for Defendant |
|   | INDIEGOGO, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES CARREON, | Case No. 3:12-cv-03112-EMC |
| Plaintiff, | **NOTICE OF ENTRY OF APPEARANCE OF EUGENE NOVIKOV FOR DEFENDANT INDIEGOGO, INC.** |
| v. | |
| MATTHEW INMAN; INDIEGOGO, INC.; NATIONAL WILDLIFE FEDERATION; AMERICAN CANCER SOCIETY; AND DOES 1-100, | Ctrm:  5 - 17th Floor |
| | Judge:  Honorable Edward M. Chen |
| Defendants. | |

1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Eugene Novikov of Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111, hereby enters his appearance in the above-captioned matter as counsel on behalf of Defendant IndieGoGo, Inc.

Dated: June 28, 2012

DURIE TANGRI LLP

By: */s/ Eugene Novikov*
EUGENE NOVIKOV

Attorneys for Defendant
INDIEGOGO, INC.

---

1

NOTICE OF ENTRY OF APPEARANCE OF EUGENE NOVIKOV FOR DEFENDANT INDIEGOGO, INC.
CASE NO. 3:12-CV-03112-EMC

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on June 28, 2012, in San Francisco, California.

*/s/ Eugene Novikov*

EUGENE NOVIKOV