DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
EUGENE NOVIKOV (SBN 251316)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
INDIEGOGO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES CARREON,<br><br>                Plaintiff,<br><br>   v.<br><br>MATTHEW INMAN; INDIEGOGO, INC.; NATIONAL WILDLIFE FEDERATION; AMERICAN CANCER SOCIETY; AND DOES 1-100,<br><br>                Defendants. | Case No. 3:12-cv-03112-EMC<br><br>**DEFENDANT INDIEGOGO, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Ctrm: 5 - 17th Floor<br>Judge: Honorable Edward M. Chen |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant IndieGoGo, Inc. and the undersigned counsel of record certify that IndieGoGo, Inc. has no parent corporation(s) and no publicly held corporation owns 10% or more of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 28, 2012                                      DURIE TANGRI LLP

By: */s/ Eugene Novikov*
EUGENE NOVIKOV

Attorneys for Defendant
INDIEGOGO, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on June 28, 2012, in San Francisco, California.

*/s/ Eugene Novikov*
EUGENE NOVIKOV

---

2
DEFENDANT INDIEGOGO, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE
3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS / CASE NO. 3:12-CV-03112-EMC