Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Matthew Zimmerman (SBN 212423)
*mattz@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Venkat Balasubramani (SBN 189192)
*venkat@focallaw.com*
FOCAL PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 529-4827
Facsimile: (206) 260-3966

*Attorneys for Defendant*
*MATTHEW INMAN*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON, | ) Case No.: 3:12-cv-3112-EMC |
| | ) |
| Plaintiff, | ) **DEFENDANT MATTHEW INMAN'S** |
| | ) **CIVIL LOCAL RULE 3-16** |
| v. | ) **CERTIFICATION OF INTERESTED** |
| | ) **ENTITIES OR PERSONS** |
| MATTHEW INMAN, INDIEGOGO, INC., | ) |
| NATIONAL WILDLIFE FEDERATION, | ) Courtroom 5, 17th Floor |
| AMERICAN CANCER SOCIETY, and DOES | ) Hon. Edward M. Chen |
| 1-100, | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| KAMALA HARRIS, Attorney General of the | ) |
| State of California, | ) |
| | ) |
| A Person To Be Joined If | ) |
| Feasible Under F.R.Civ.P. 19. | ) |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


DATED:  June 28, 2012                    Respectfully submitted,


                                         By:  _/s/ Kurt Opsahl_
                                         Kurt Opsahl
                                         Matthew Zimmerman
                                         Corynne McSherry
                                         ELECTRONIC FRONTIER FOUNDATION
                                         454 Shotwell Street
                                         San Francisco, CA  94110
                                         Telephone: (415) 436-9333
                                         Facsimile: (415) 436-9993

                                         Venkat Balasubramani
                                         FOCAL PLLC
                                         800 Fifth Avenue, Suite 4100
                                         Seattle, WA 98104
                                         Telephone: (206) 529-4827
                                         Facsimile: (206) 260-3966

                                         *Attorneys for Defendant*
                                         *MATTHEW INMAN*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on June 28, 2012, in San Francisco, California.


/s/ Kurt Opsahl
Kurt Opsahl