CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney Pro Se for Plaintiff Charles Carreon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100, <br><br> Defendants, <br><br> and <br><br> KAMALA HARRIS, Attorney General of the State of California, <br><br> A Person To Be Joined If Feasible Under F.R.Civ.P. 19. | Case No.: CV-12-3112-EMC <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION;** <br><br> **REQUEST TO ATTEND HEARING BY TELEPHONE** <br><br> Judge: Hon. Edward M. Chen <br> Courtroom: 5, 17th Floor <br> Date: To be set <br> Time: To be set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN, PLEASE TAKE

NOTICE THAT Plaintiff hereby moves this Court *ex parte* pursuant to Local Rule 65-1 and

F.R.Civ.P. 65 for a Temporary Restraining Order and Order to Show Cause Regarding

Preliminary Injunction, to enjoin defendant Indiegogo, Inc. ("Indiegogo") pending trial of this

action from transferring the proceeds of the Bear Love campaign in the amount of not less than

$220,014 (the "Charitable Fund"), or any amount at all, to Matthew Inman ("Inman") or any

other entity, and requiring that the Charitable Fund be held as segregated funds by Indiegogo

pending distribution of the Charitable Fund to the designated beneficiaries of the Bear Love

campaign, to wit, defendants, the American Cancer Society and the National Wildlife Federation.

---

NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, Page 1 of 2

This Application is made on the grounds that Plaintiff and all other donors to the Charitable Fund will be irreparably harmed without injunctive relief, because pursuant to the operative contract between Inman and Indiegogo, 96% of the Charitable Fund will be disbursed to Inman, because Inman has denied Plaintiff's request to relinquish all right, title and interest in the Charitable Fund, because if the funds are disbursed to Inman, they may be lost, dissipated, and diverted from the charities in the names of which they were solicited, and because if the funds are disbursed to Inman he will be unjustly enriched by the amount of a tax-write-off that should lawfully be distributed pro-rata among all of the donors to the Charitable Fund.

This Application is based on the First Amended Complaint on file in this action, the Memorandum of Points and Authorities submitted herewith, the Declaration of Charles Carreon, the files and records of the action, and such other evidence and argument the Court considers.

Notice of this Application has been and will be provided in compliance with Local Rule 7-1- and 65-1.  As averred in ¶ 32 of the Carreon Declaration, Dep. AG Kelvin Gong of the Office of Attorney General for the State of California (the "AG") has accepted service of process via email for the AG, and Plaintiff has undertaken to promptly provide him with notice when and if the Court sets a hearing in the matter.  As averred at ¶ 35 of the Declaration of Charles Carreon submitted herewith, defendants Inman and Indiegogo have appeared through counsel and received notice of this Application through the ECF System.  As averred in ¶ 36 of the Carreon Declaration, service on defendant the American Cancer Society has been accomplished by email service on their counsel.  As averred in ¶ 36 of the Carreon Declaration, service of this Application on defendant National Wildlife Federation is pending, and a proof of service will be filed shortly.

For the reasons set forth in ¶ 38 of the Carreon Declaration, plaintiff requests to attend any hearing on this matter by telephone.

Dated:  June 28, 2012                    CHARLES CARREON, ESQ.

                                                              By:s/Charles Carreon
                                                              CHARLES CARREON (127139)
                                                              Attorney for Plaintiff Pro Se