UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES CARREON | ) | Case No.: CV-12-3112-EMC |
| Plaintiff, | ) ) ) | **[PROPOSED] EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER** |
| vs. | ) ) | **TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| KAMALA HARRIS, Attorney General of the State of California, | ) ) ) | |
| A Person To Be Joined If Feasible Under F.R.Civ.P. 19. | ) ) ) | |

**ORDER**

**TO DEFENDANTS INDIEGOGO, INC. AND MATTHEW INMAN:**

YOU ARE EACH ORDERED TO SHOW CAUSE at _____.m., on July __, 2012, or as soon thereafter as counsel may be heard, in Courtroom _____, at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California _____, why (1) Indiegogo, Inc. ("Indiegogo") should not be restrained and enjoined pending trial from transferring the $220,014 now in the possession of Indiegogo, Inc. (the "Charitable Fund") to Matthew Inman ("Inman"), or to any other person or entity, (2) a constructive charitable trust should not be imposed upon

1    the Charitable Fund, and (3) the Charitable Fund should not be deposited in a blocked

2    account pending distribution of the Charitable Fund to the designated beneficiaries of the

3    Bear Love campaign, to wit, the defendants, the American Cancer Society, and the

4    National Wildlife Federation.

5          PENDING HEARING on the above Order to Show Cause, Indiegogo is HEREBY

6    RESTRAINED AND ENJOINED from disbursing the Charitable Fund, or any portion

7    thereof to Inman.

8          IT IS FURTHER ORDERED that this Order shall be served on Indiegogo no later

9    than ____ days before the day set for hearing, with proof of service to be filed no later

10   than ____ days before the date set for the hearing.

11

12         IT IS SO ORDERED.

13

     Dated:  July __, 2012

14
                                    _____
15                                  Hon. Edward M. Chen
                                    UNITED STATES DISTRICT COURT JUDGE
16

17

18   Respectfully submitted this 28th day of June, 2012, by:

19
     s/Charles Carreon
20   CHARLES CARREON, ESQ. (127139)
     2165 S. Avenida Planeta
21   Tucson, Arizona 85710
     Tel:  520-841-0835
22   Fax: 520-843-2083
     Email: chas@charlescarreon.com
23
     Attorney for Plaintiff Pro Se
24

25

26

27

28