UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100, <br><br> Defendants, <br><br> and <br><br> KAMALA HARRIS, Attorney General of the State of California, <br><br> A Person To Be Joined If Feasible Under F.R.Civ.P. 19. | Case No.: CV-12-3112-EMC <br><br> **[PROPOSED] ORDER DEEMING EX PARTE APPLICATION, DOCKET # 20, FILED AS OF 4:46 P.M. JUNE 28, 2012** |

**ORDER**

Pursuant to the request of Plaintiff, on the authority of F.R.Civ.P. 6(a)(3)(A), for an Order deeming the Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction (Docket # 20), and all Attachments thereto, effectively filed as of 4:46 p.m. on Thursday, June 28, 2010, and good cause appearing thereofor, **IT IS SO ORDERED**.

Dated: July __, 2012

---
Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted this 30th day of June, 2012, by:

s/Charles Carreon
CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff Pro Se