DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
EUGENE NOVIKOV (SBN 251316)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:  415-236-6300

Attorneys for Defendant
INDIEGOGO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES CARREON,<br><br>              Plaintiff,<br><br>    v.<br><br>MATTHEW INMAN; INDIEGOGO, INC.; NATIONAL WILDLIFE FEDERATION; AMERICAN CANCER SOCIETY; AND DOES 1-100,<br><br>              Defendants. | Case No. 3:12-cv-03112-EMC<br><br>**DECLARATION OF RAGESH TANGRI** |

I, Ragesh Tangri, declare as follows:

1. I am a member of the State Bar of California and counsel of record for Defendant Indiegogo Inc. in the above-captioned litigation.

2. On June 28, 2012, at 4:55 p.m., Plaintiff Charles Carreon served an application for a temporary restraining order and order to show cause why a preliminary injunction should not issue. A true and correct copy of the email transmitting Carreon's papers is attached to this declaration as Exhibit A.

3. At 7:02 p.m. that evening, Carreon served a revised version of his supporting declaration and exhibits. A true and correct copy of the email transmitting those revised papers is attached as Exhibit B.

4. On June 26, I had a phone conversation with Carreon. In that conversation, Carreon said that he was aware that under Indiegogo's terms and conditions, the funds from the BearLove campaign could be disbursed at any time between the time of the conversation and Monday July 2.

5. On June 29, I was informed that, at Matthew Inman's request, Inman's share of the funds from the BearLove campaign was sent by check to the American Cancer Society and the National Wildlife fund, divided equally. That evening, I received an email from Carreon informing counsel for Inman and Indiegogo that he still had not filed his TRO application. A true and correct copy of that email is attached as Exhibit G.

6. At 12:00 pm the afternoon of June 30, I emailed Carreon to inform him that "[c]onsistent with its Terms of Service, Indiegogo yesterday transferred the balance of the Bear Love campaign proceeds." A true and correct copy of that email is attached as Exhibit H. Carreon filed his application later that afternoon. (Dkt. 20.)

7. Attached as Exhibit C to this declaration is a true and correct copy of a post on the website "The Oatmeal" entitled "What should I do about FunnyJunk.com?," retrieved from http://theoatmeal.com/blog/funnyjunk on June 28, 2012.

8. Attached as Exhbit D to this declaration is a true and correct copy of a post on the website "The Oatmeal" entitled "An update on the FunnyJunk situation," retrieved from http://theoatmeal.com/blog/funnyjunk2 on June 28, 2012.

9. Attached as Exhibit E to this declaration is a true and correct copy of a portion of the website "The Oatmeal" as it appeared on June 28, 2012, reproducing what appears to be a letter sent by Charles Carreon to Matthew Inman.  The letter was retrieved from http://s3.amazonaws.com/theoatmeal-img/blog/funnyjunk_letter/full_letter.jpg on that date, and a link to that URL appeared on http://theoatmeal.com/blog/funnyjunk_letter on that date.

10. Attached as Exhibit F to this declaration is a true and correct copy of a post on the website "The Oatmeal" entitled "FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages," retrieved from http://theoatmeal.com/blog/funnyjunk_letter on June 28, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Signed on July 1, 2012, in San Francisco, California.

             _____*/s/ Ragesh Tangri*_____
                 Ragesh Tangri