# Exhibit C

Follow: Twitter Facebook RSS / Email

Comics    Quizzes    Blog    Misc    Shop

Comics:    Random    Most Popular    All    Cats    Grammar    Food    Animals    Tech

# What should I do about FunnyJunk.com?

Here's how FunnyJunk.com's business operates:

1. Gather funny pictures from around the internet
2. Host them on FunnyJunk.com
3. Slather them in advertising
4. If someone claims copyright infringement, throw your hands up in the air and exclaim "It was our users who uploaded your photos! We had nothing to do with it! We're innocent!"
5. Cash six figure advertising checks from other artist's stolen material

I first contacted them about a year ago after I found a handful of my comics uploaded on their site with no credit or link back to me. They took down the offending images, but since then they've practically stolen my entire website and mirrored it on FunnyJunk:







Operation BearLove Good, Cancer Bad has ended. Now what?

Charles Carreon is officially suing me and and the charities of my fundraiser

FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages

Top BearFood links for this week

This was the Final Jeopardy question last night





Most of the comics they've stolen look like this -- no credit or link back to me. Even *with* proper attribution, no one clicks through and FunnyJunk still earns a huge pile of cash from all the ad revenue.

Should I send them a cease and desist? One of my readers wrote in and mentioned that Cyanide and Happiness did that very thing, but from what I can tell it hasn't had much effect. There's still hundreds of C&H comics hosted on FunnyJunk.com, as well as thousands from other artists:

The Oatmeal (926 stolen images found)

Cyanide & Happiness (1000+ stolen images found)

David Thorne (27blash6) (554 stolen images found)

Calvin and Hobbes (1000+ stolen images found)

XKCD (1000+ stolen images found)

The Far Side (474 stolen images found)

Amazing Superpowers (12 stolen images found)

Saturday Morning Breakfast Cereal (78 stolen images found)

Dinosaur Comics (42 stolen images found)

Dilbert (64 stolen images found)

Married to the Sea (24 stolen images found)

Natalie Dee (58 stolen images found)

Toothpaste for Dinner (17 stolen images found)

FoxTrot (197 stolen images found)

Hyperbole and a half (186 stolen images found)

Perry Bible Fellowship (106 stolen images found)

Here's their only attempt at original humor:



And it's not just FunnyJunk.com, there's a small army of sites out there like this whose business model runs this way. Another one is DamnLOL.com, who managed to rack up 670,000 likes on Facebook by hosting stolen content and covering their website with "like this on Facebook" buttons. It seems like this "Host-stolen-content-until-someone-complains-meanwhile-earning-ad-revenue" business model is booming right now. It's basically the new Ebaumsworld.



I realize that trying to police copyright infringement on the internet is like strolling into the Vietnamese jungle circa 1964 and politely asking everyone to use squirt guns. I know that if FunnyJunk disappeared fifty other clones would pop up to take its place overnight, but I felt I had to say *something* about what they're doing.
Perhaps ~~you should too~~ **\*update\* read below.**

## \*Update\*

The admin of FunnyJunk has responded, details here.

## \*Update 2\*

FunnyJunk is now threatening to file a federal lawsuit against me unless I pay him $20,0000: details here.





Like      and 23 others liked this.

Login

# Add New Comment

Real-time updating is **paused**. (Resume)

## Showing 20 of 683 comments
Sort by oldest first


**Nick Chandler**

Back when ebaumsworld was stealing from ytmnd, someone led a multi-person lawsuit against them. If you want to crush your enemy, you must crush them completely, or they will come back harder, stronger, and better prepared. Gather your forces, then strike with a thousand dolphin-punches.

1 year ago     17 Likes      Like    Reply

**Anon**

Deal with it faggot.

11 months ago   in reply to Nick Chandler   2 Likes                                   Like   Reply


**fulp**

What Anon said.   Wait...

No, never mind. I'm not retarded.

11 months ago   in reply to Anon   13 Likes                                              Like   Reply


**Quincy**

@Nick Chandler
Exactly. With our soldier kitties we shall dominate them.

1 year ago                                                                              Like   Reply


**JenTheHistoryGirl**

I'd go with a cease and desist, either that or you could do as mentioned with the addition of gathering the Pterodactyl and Grizzly Bear forces.

That really is low though, looks like they didn't even bother to give you credit for your own material.

A comic of epic proportions about ti would also be acceptable.

1 year ago                                                                              Like   Reply


**Greg Johnson**

You should sue for a portion of the profits. They are liable as hosts as you can continue to sue every few years. So there's really no way for them to stop you.

1 year ago                                                                              Like   Reply


**Solid Snake**, Anarcho-capitalist

That's nice. But in no way does that mean you're entitled to any specific amount of remuneration.

Tell me: if you created a shit sandwich, does that mean you're entitled to a bunch of money?

2 weeks ago   in reply to Greg Johnson                                                  Like   Reply


**Cool Jigger**

When you post something on the internet its there for everyone. Don't act like you also made the jokes too- 4chan member

1 year ago   5 Likes                                                                    Like   Reply


**Jerem**

How old are you?

The problem is not the posting of someone else's work (if credit is given it's ok), but the ripping of this work without any credit given, and money-making linked to it.

1 year ago   in reply to Cool Jigger   13 Likes                                         Like   Reply


**Destiny McNish**

Credit really is given. If not, the user who has uploaded the image is banned forever.

11 months ago   in reply to Jerem                                                       Like   Reply


**Rose.**

Really? If you created something & someone took it & started making money off of it, wouldn't you be a little pissed?

12 months ago    in reply to Cool Jigger    3 Likes      Like   Reply


**Anon**

Good thing they're not making money off of it, you retard.

11 months ago    in reply to Rose.      Like   Reply


**Beau**

They make thousands in ad revenue, you retard.

11 months ago    in reply to Anon    13 Likes      Like   Reply


**Nikas**

And one little retard doesn't know how ads work

11 months ago    in reply to Anon    6 Likes      Like   Reply


**Nikas**

Ah! How did i double post? *Facepalm*

11 months ago    in reply to Nikas      Like   Reply


**shy.tack**

That's the point, moron. FJ IS making money off of those hits via advertising revenues.

11 months ago    in reply to Anon    5 Likes      Like   Reply


**your retarded**

really your retarded

10 months ago    in reply to shy.tack      Like   Reply


**Solid Snake**, Anarcho-capitalist

Please demonstrate that the intangible can be stolen.

Copying can't be stealing, as the original still is in the possession of the owner, as it were. And no, there's no such mystical garbage as "stolen sales", since value is subjective. Would be nice if you'd come to at least the 1870s and embrace marginal utility.

2 weeks ago    in reply to Anon      Like   Reply


**Destiny McNish**

Users upload the images. Not our admin. We do not in any way profit from receiving what we call "Front Page" in which an image we have uploaded is one of the highest rated in 24 hours. I have personally gotten Front Page once with OC and i did not benifit at all other than some virtual "thumbs". Admin gets money for how much traffic he gets on Funnyjunk.com, not what images are on it. Every images could say "SWED" and as long as he got the same traffic he gets now, he would make just as much as he does, with or without "stolen images".

Also, we are no longer able to post copyright material or we are banned indefinatly.

11 months ago    in reply to Rose.      Like   Reply


**Hank Fournier**

use the ugly bear tactic tell them that you are going to rip them apart then draw a picture of a bear but i think that might fail because they would put it on there website

1 year ago    1 Like      Like   Reply

✉ Subscribe by email    📶 RSS

Load more comments

blog comments powered by DISQUS









## Neato things from The Oatmeal Shop

I Love Sriracha Magnet



View Item

Special Ops Bunny Shirt



View Item

Bears Love Boomboxes Shirt

Bear-O-Dactyl Shirt



View Item

Canadian Pet - Greeting Card

Bacon is Greater Than Love Bumper Sticker



[View Item](#)

### Wookiee Jesus - Signed Print



[View Item](#)

### Tesla > Edison Shirt



[View Item](#)



### Sriracha Flamethrower Grizzly - Signed Print

[View Item](#)



[View Item](#)

View more Oatmeal goodies [here.](#)

Follow the Oatmeal    [Twitter](#)   -   [Facebook](#)   -   [RSS](#)   -   [Email](#)

[Home](#)   -   [Comics](#)   -   [Quizzes](#)   -   [Blog](#)            [Misc](#)   -   [Shop](#)   -   [About](#)   -   [Contact](#)

All artwork and content on this site is Copyright © 2012 [Matthew Inman](#). Please don't steal.

TheOatmeal.com was lovingly built using [CakePHP](#)