# Exhibit D

Comics    Quizzes    Blog    Misc    Shop    Follow:    Twitter  Facebook  RSS / Email

Comics:    Random    Most Popular    All    Cats    Grammar    Food    Animals    Tech

# An update on the FunnyJunk situation

A few days ago I posted about FunnyJunk.com stealing my comics and asked my readers for advice. The owner of the site responded in two ways:

**1. He sent this mass message to every member of his site:**



As you can imagine, my inbox and Facebook page were slammed with thousands of messages from FunnyJunk users who believed that I was trying to get their community shut down. I think they set the land speed record for the highest number of "OMG ur a gayfagness!!!11" Facebook comments in a single day.
I politely responded with this letter.

**2. He removed all the stolen material.**
This includes all the content from David Thorne, Perry Bible Fellowship, Hyperbole and a Half, and so on. **Unfortunately**, he only deleted posts which have "The Oatmeal" in the title. This means that all the content which was properly attributed got wiped out and all the comics that have no mention of me are still there, which is basically my entire website.

**To the admin of FunnyJunk:** I put together a list of all my comics which you can download here and use to remove the remainder of the stolen material.

**To the users of FunnyJunk:** I never had plans to sue FunnyJunk and get it shut down; I just wanted my stolen comics removed -- your admin is a moron who chooses his words about as carefully as a mule chooses where to take a shit.

Hugs and kisses,

-The Oatmeal



51    Like    1.7k    Send


blog comments powered by **DISQUS**



Operation BearLove Good, Cancer Bad has ended. Now what?

Charles Carreon is officially suing me and and the charities of my fundraiser

FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages

Top BearFood links for this week

This was the Final Jeopardy question last night





   

## Neato things from [The Oatmeal Shop](#)

I Love Sriracha Magnet



View Item

Special Ops Bunny Shirt



View Item

Bear-O-Dactyl Shirt



View Item

Bacon is Greater Than Love Bumper Sticker



View Item

Bears Love Boomboxes Shirt



View Item

Canadian Pet - Greeting Card



View Item

Wookiee Jesus - Signed Print

Tesla > Edison Shirt

Sriracha Flamethrower Grizzly -

Case3:12-cv-03112-EMC   03112-EMC Funnyjunk situation - The Oatmeal   Document22-5   Filed07/01/12   Page4 of 4



View Item



View Item

Signed Print



View Item

View more Oatmeal goodies here.

Follow the Oatmeal   Twitter   -   Facebook   -   RSS   -   Email

Home   -   Comics   -   Quizzes   -   Blog                    Misc   -   Shop   -   About   -   Contact

All artwork and content on this site is Copyright © 2012 Matthew Inman. Please don't steal.

TheOatmeal.com was lovingly built using CakePHP