# Exhibit F

6/28/12 FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case 3:12-cv-03112-EMC Document 22-7 Filed 07/11/12 Page 2 of 16

Twitter
Facebook
Comics    Quizzes    Blog    Misc    Shop    Follow:    RSS / Email

Comics:    Random    Most Popular    All    Cats    Grammar    Food    Animals    Tech

# FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages

Remember FunnyJunk? Almost exactly a year ago I published a blog post about my comics being stolen, re-hosted, and monetized on FunnyJunk's website. The owner of the site responded and some of the comics were taken down, He still had a ton of my comics hosted without credit, but the energy it would take to get him to take them down wasn't worth it. I thought the issue was done and over with so I let him be.

A few days ago I was served papers informing me that the owner of FunnyJunk is going to file a federal lawsuit against me unless I pay him $20,000 in damages. You can read the full letter here.

The owner of FunnyJunk hired Charles Carreon, a lawyer who became famous in the 90s after successfully litigating sex.com. Charles does a bit of modeling too, apparently.

I don't want to get tied up in courtroom nonsense. I don't want to pay more money to my lawyer. Don't you miss the days when I posted 2 comics a week, instead of writing rebuttals to Forbes and dealing with bullshit like this?

So do I.

I've annotated the letter below as well as outlined how I'm going to deal with this.



6/28/12 FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case 3:12-cv-03412-EMC Document 22-3 Filed 07/01/12 Page 3 of 16

5. Cash six figure advertising checks from other
   artist's stolen material
(Attachment A.)

This is a false accusation of willful copyright infringement. FunnyJunk hosts only user-uploaded content pursuant to a rigorous DMCA policy that includes termination as a sanction for repeat abusers. FunnyJunk takes immediate action on any DMCA notice it receives in the proper form. In addition to the above-quoted false statements, on the same webpage you say that FunnyJunk has "practically stolen my entire website and mirrored it on FunnyJunk." You illustrate this present-tense statement with a screencap that purports to be current, but in fact was taken long ago, and grossly misrepresents the current state of affairs. (Attachment A.)

↳ OH REALLY NOW?

What an adorable little fiction.

Here's a list of HUNDREDS of my comics that are STILL hosted on FunnyJunk.com.
(and have been for years)

Update: FunnyJunk removed all these links since I posted this list.
http://www.funnyjunk.com/funny_pictures/1484220/Coffee+Intake/
http://www.funnyjunk.com/funny_pictures/662058/5+Stages+Of+Caffeine/
http://www.funnyjunk.com/funny_pictures/457318/The+even+shittier+life+of+a+tapeworm/
http://www.funnyjunk.com/funny_pictures/422538/KEEP+YOUT+TREX+OFF+CRACK/
http://www.funnyjunk.com/funny_pictures/1316773/trex+on+crack/
http://www.funnyjunk.com/funny_pictures/1435643/trex+plus+crack+equal+epic/
http://www.funnyjunk.com/funny_pictures/1330893/T+Rex/
http://www.funnyjunk.com/funny_pictures/530311/7+reasons/
http://www.funnyjunk.com/funny_pictures/530312/7+reasons+part+2/
http://www.funnyjunk.com/funny_pictures/530316/7+reasons+part+3/
http://www.funnyjunk.com/funny_pictures/530318/7+reasons+part+4/
http://www.funnyjunk.com/funny_pictures/530322/7+reasons+part+5/
http://www.funnyjunk.com/funny_pictures/530324/7+reasons+part+6/
http://www.funnyjunk.com/funny_pictures/530325/7+reasons+part+7/
http://www.funnyjunk.com/funny_pictures/138689/7+reasons+not+to+give+your+t+rex+crack/
http://www.funnyjunk.com/funny_pictures/375441/7+Reason+To+Keep+your+T+Rex+Off+Crack/
http://www.funnyjunk.com/funny_pictures/658404/4+Resons+to+Own+a+Shovel/
http://www.funnyjunk.com/funny_pictures/1209501/4+Reasons+to+Carry+A+Shovel/
http://www.funnyjunk.com/funny_pictures/2002169/4+reasons+to+carry+a+shovel/
http://www.funnyjunk.com/funny_pictures/110980/Good+reasons+to+carry+a+shovel/
http://www.funnyjunk.com/funny_pictures/118905/Crappy+hugs/
http://www.funnyjunk.com/funny_pictures/1021528/Man+Hug/
http://www.funnyjunk.com/funny_pictures/1481310/The+Man+Hug/
http://www.funnyjunk.com/funny_pictures/1024749/Man+hug/
http://www.funnyjunk.com/funny_pictures/1957121/The+Man+Hug/
http://www.funnyjunk.com/funny_pictures/526899/Bacon/
http://www.funnyjunk.com/funny_pictures/570613/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/457885/Bacon+True+Love/
http://www.funnyjunk.com/funny_pictures/396779/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/434023/BACON+Love/
http://www.funnyjunk.com/funny_pictures/439369/why+bacon+love/
http://www.funnyjunk.com/funny_pictures/128630/Do/
http://www.funnyjunk.com/funny_pictures/1820212/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/526899/Bacon+Is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/1117268/Why+Bacon+is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/1154220/Bacon+math/
http://www.funnyjunk.com/funny_pictures/678759/bacon/

6/28/12 Funnyjunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages – The O...

Case 3:12-cv-03133-EMC Document 22-7 Filed 07/01/12 Page 4 of 16

http://www.funnyjunk.com/funny_pictures/539472/6+reasons/
http://www.funnyjunk.com/funny_pictures/128630/Do+the+math/
http://www.funnyjunk.com/funny_pictures/425533/Bacon+True+Love+look+at+description/
http://www.funnyjunk.com/funny_pictures/983244/reason+number+one+to+love+bacon/
http://www.funnyjunk.com/funny_pictures/1398268/Bacon+is+better+than+true+love+D/
http://www.funnyjunk.com/funny_pictures/211840/Bacon/
http://www.funnyjunk.com/funny_pictures/522884/6+Reasons+Bacon+is+Better/
http://www.funnyjunk.com/funny_pictures/539472/6+reasons/
http://www.funnyjunk.com/funny_pictures/526899/Bacon+Is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/40895/eight+ways+to+prepare+your+pets+for+warz/
http://www.funnyjunk.com/funny_pictures/294820/war+pets/
http://www.funnyjunk.com/funny_pictures/175442/Pets+of+War/
http://www.funnyjunk.com/funny_pictures/208009/How+to+Prepare+Your+Pets+for+War/
http://www.funnyjunk.com/funny_pictures/2043619/Ready+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/365112/Animals+must+go+to+war/
http://www.funnyjunk.com/funny_pictures/1314331/Prepare+for+war/
http://www.funnyjunk.com/funny_pictures/71326/War+Time+Pets/
http://www.funnyjunk.com/funny_pictures/95701/prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/492610/prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/995998/Prepare+Your+Pets+for+War/
http://www.funnyjunk.com/funny_pictures/1012131/ways+to+prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1274797/Prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1578547/Pets+of+War/
http://www.funnyjunk.com/funny_pictures/1590632/how+to+prepare+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1075174/What+bears+love/
http://www.funnyjunk.com/funny_pictures/352879/What+Bears+Love/
http://www.funnyjunk.com/funny_pictures/494679/Bears+love+petting+zoos/
http://www.funnyjunk.com/funny_pictures/135003/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/233713/The+Motherf+cking+Pterodactyl/
http://www.funnyjunk.com/funny_pictures/157849/Motherfuckin+Pterodactyl/
http://www.funnyjunk.com/funny_pictures/557680/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/721610/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/1106070/The+OatImeal+Pterodactyl+Song/
http://www.funnyjunk.com/funny_pictures/1158848/PteroComp+of+Awesome
http://www.funnyjunk.com/funny_pictures/1117211/Halloween+As+We+Age/
http://www.funnyjunk.com/funny_pictures/639849/How+Age+Effects+Halloween/
http://www.funnyjunk.com/funny_pictures/1102313/The+Three+Phases+of+Owning+a+Computer/
http://www.funnyjunk.com/funny_pictures/375487/3+Phases+of+Owning+a+Computer/
http://www.funnyjunk.com/funny_pictures/306621/3+Phases+of+You+and+Your+computer/
http://www.funnyjunk.com/funny_pictures/1151114/GOD+DAMN+YOU+SCIENCE/
http://www.funnyjunk.com/funny_pictures/1514471/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/732275/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/997499/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/1200612/Verbal+uses+for+Irony/
http://www.funnyjunk.com/funny_pictures/545537/irony/
http://www.funnyjunk.com/funny_pictures/648316/The+three+most+common+uses+of+irony/
http://www.funnyjunk.com/funny_pictures/1061137/Coffee+FACTS/
http://www.funnyjunk.com/funny_pictures/154585/ALL+u+need+to+know+bout+coffee/
http://www.funnyjunk.com/funny_pictures/570392/bad+handshakes/
http://www.funnyjunk.com/funny_pictures/613451/Different+Types+Of+Handshakes/
http://www.funnyjunk.com/funny_pictures/664569/The+9+types+of+handshakes/
http://www.funnyjunk.com/funny_pictures/1680607/17+Things+you+should+know+about+your+cat/
http://www.funnyjunk.com/funny_pictures/1981228/Cat+Facts+Worth+Knowing/
http://www.funnyjunk.com/funny_pictures/116929/Why+we+should+be+eating+horse+instead/
http://www.funnyjunk.com/funny_pictures/133149/WHY+WE+SHOULD+BE+EATING+HORSES/
http://www.funnyjunk.com/funny_pictures/1732663/Ride+a+pony/
http://www.funnyjunk.com/funny_pictures/1204526/WORTH+THE+READ+Beer+facts/
http://www.funnyjunk.com/funny_pictures/1046825/Beer+Facts/
http://www.funnyjunk.com/funny_pictures/219190/Facts/
http://www.funnyjunk.com/funny_pictures/135219/How+beer+is+made/
http://www.funnyjunk.com/funny_pictures/112243/Web+design+from+Hell/
http://www.funnyjunk.com/funny_pictures/125503/The+truth+about+Santa/
http://www.funnyjunk.com/funny_pictures/279811/10+misspelled+words/
http://www.funnyjunk.com/funny_pictures/262875/Words+You+Need+to+Stop+Misspelling/
http://www.funnyjunk.com/funny_pictures/565924/Misspelled+Words+2/
http://www.funnyjunk.com/funny_pictures/134177/Ten+Words+You+Need+to+Spell+Right/
http://www.funnyjunk.com/funny_pictures/661453/Ten+Words/
http://www.funnyjunk.com/funny_pictures/375511/5+Reasons+Pigs+Are+Awesomer+Than+You/
http://www.funnyjunk.com/funny_pictures/145377/5+reasons+pigs+are+awesome/
http://www.funnyjunk.com/funny_pictures/637127/5+Reasons+Pigs+Are+More+Awsome+Than+You/
http://www.funnyjunk.com/funny_pictures/1879036/5+reasons+why+pigs+are+awesomer+than+you/
http://www.funnyjunk.com/funny_pictures/411072/5+reasons+pig+are+awesome/

http://www.funnyjunk.com/funny_pictures/410664/5+Reasons+why+Pigs+are+Awesome/
http://www.funnyjunk.com/funny_pictures/411092/5+reasons+why+pigs+are+better/
http://www.funnyjunk.com/funny_pictures/1040446/pigs+5/
http://www.funnyjunk.com/funny_pictures/570182/Pig+Orgasms/
http://www.funnyjunk.com/funny_pictures/656362/Pigs+are+better+than+you/
http://www.funnyjunk.com/funny_pictures/169072/they+forgot+delicious/
http://www.funnyjunk.com/funny_pictures/1554786/Smart+Pigs/
http://www.funnyjunk.com/funny_pictures/152524/Pigs+Are+Awesome/
http://www.funnyjunk.com/funny_pictures/250773/Pig+are+AWESOME+2/
http://www.funnyjunk.com/funny_pictures/250781/PIG+are+AWESOME+3/
http://www.funnyjunk.com/funny_pictures/250786/PIG+are+AWESOME+4/
http://www.funnyjunk.com/funny_pictures/619725/is+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/199951/is+your+cat+plotting/
http://www.funnyjunk.com/funny_pictures/542889/Is+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/666448/Is+your+cat+Plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1145603/Your+Cat+Is+Plotting/
http://www.funnyjunk.com/funny_pictures/465326/Cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/712304/Is+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/979152/Is+your+CAT+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1210233/Is+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/2007725/Cat+plotting/
http://www.funnyjunk.com/funny_pictures/18541/Plotting+Cat/
http://www.funnyjunk.com/funny_pictures/237549/cat+takeover/
http://www.funnyjunk.com/funny_pictures/95706/cat+is+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/114915/Cats+Are+Evil/
http://www.funnyjunk.com/funny_pictures/726527/plotting+cat/
http://www.funnyjunk.com/funny_pictures/1039436/Plotting+cat/
http://www.funnyjunk.com/funny_pictures/1519585/plotting+cat/
http://www.funnyjunk.com/funny_pictures/1125732/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1037359/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1034340/Is+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1265345/Have+you+looked+at+your+cat+lately/
http://www.funnyjunk.com/funny_pictures/711290/Is+YOUR+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1140778/will+YOUR+cat+kill+YOU/
http://www.funnyjunk.com/funny_pictures/313726/If+your+cat+is+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/70483/Cats+Are+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1113070/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/500966/How+to+tell+If+a+Cat+is+Planing+to+Kill/
http://www.funnyjunk.com/funny_pictures/184143/How+to+tell+if/
http://www.funnyjunk.com/funny_pictures/78427/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/230096/cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/551828/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/562797/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/570372/is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1045505/Is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1233969/signs+your+cat+wants+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1283427/Is+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1314267/Cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1331884/Your+cat+is+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1689179/Is+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1953053/How+to+tell+if+your+cat+wants+to+kill+yo/
http://www.funnyjunk.com/funny_pictures/1966508/ur+cat+will+kill+you/
http://www.funnyjunk.com/funny_pictures/309478/killer+cats/
http://www.funnyjunk.com/funny_pictures/608629/Cats+are+bastards/
http://www.funnyjunk.com/funny_pictures/1406991/How+to+tell+if+your+kitty+will+kill+you/
http://www.funnyjunk.com/funny_pictures/2044139/Kitty+gonna+kill+you/
http://www.funnyjunk.com/funny_pictures/953505/Fucking+Printers/
http://www.funnyjunk.com/funny_pictures/152464/Printers/
http://www.funnyjunk.com/funny_pictures/595883/PRINTERS+FROM+HELL/
http://www.funnyjunk.com/funny_pictures/1068724/Printers/
http://www.funnyjunk.com/funny_pictures/995919/Printers+Come+From+Hell/
http://www.funnyjunk.com/funny_pictures/1665653/Printers/
http://www.funnyjunk.com/funny_pictures/1696163/Printers/
http://www.funnyjunk.com/funny_pictures/1707210/Printers+from+hell/
http://www.funnyjunk.com/funny_pictures/666558/Why+i+believe/
http://www.funnyjunk.com/funny_pictures/419117/Pantera/
http://www.funnyjunk.com/funny_pictures/571850/Whats+it+like+to+own+an+apple+product/
http://www.funnyjunk.com/funny_pictures/561847/Apple+Product+s/
http://www.funnyjunk.com/funny_pictures/1202488/What+Its+like+to+own+a+Apple+Product/
http://www.funnyjunk.com/funny_pictures/673663/what+its+like+having+a+apple+product/
http://www.funnyjunk.com/funny_pictures/974479/what+its+like+to+buy+an+apple+product/
http://www.funnyjunk.com/funny_pictures/998548/what+its+like+to+own+an+apple+product/

6/28/12 Funny Junk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case 3:12-cv-03112-EMC   Document 22-7   Filed 07/01/12   Page 6 of 16

http://www.funnyjunk.com/funny_pictures/1062288/Owning+an+Apple+Product/
http://www.funnyjunk.com/funny_pictures/1224262/apple+product/
http://www.funnyjunk.com/funny_pictures/1451643/What+Its+Like+Owning+An+Apple+Product/
http://www.funnyjunk.com/funny_pictures/1841960/How+owning+an+apple+product+works/
http://www.funnyjunk.com/funny_pictures/448441/8+websites+they+need+to+stop+making/
http://www.funnyjunk.com/funny_pictures/527727/The+Male+Angler+Fish+Gets+screwed/
http://www.funnyjunk.com/funny_pictures/454434/The+Angler+Fish/
http://www.funnyjunk.com/funny_pictures/604752/Angler+Fish/
http://www.funnyjunk.com/funny_pictures/995424/Angler+Fish/
http://www.funnyjunk.com/funny_pictures/1922253/Best+abortion+clinic/
http://www.funnyjunk.com/funny_pictures/1179966/How+to+name+a+abortion+clinic/
http://www.funnyjunk.com/funny_pictures/1497260/abortion/
http://www.funnyjunk.com/funny_pictures/613446/Email+address+and+computer+Skills/
http://www.funnyjunk.com/funny_pictures/480183/What+Your+Email+Says+About+You/
http://www.funnyjunk.com/funny_pictures/514988/What+your+email+says+about+you/
http://www.funnyjunk.com/funny_pictures/637936/What+you+email+Says+About+You/
http://www.funnyjunk.com/funny_pictures/547420/legos/
http://www.funnyjunk.com/funny_pictures/564708/Legos/
http://www.funnyjunk.com/funny_pictures/597426/Legos/
http://www.funnyjunk.com/funny_pictures/663545/legos/
http://www.funnyjunk.com/funny_pictures/723653/Memory+of+Legos/
http://www.funnyjunk.com/funny_pictures/1530877/Legos/
http://www.funnyjunk.com/funny_pictures/1783035/Fucking+Legos/
http://www.funnyjunk.com/funny_pictures/697024/Legos/
http://www.funnyjunk.com/funny_pictures/542352/LEGOS/
http://www.funnyjunk.com/funny_pictures/551536/Legos/
http://www.funnyjunk.com/funny_pictures/577033/What+i+remember+about+legos/
http://www.funnyjunk.com/funny_pictures/607801/Legos/
http://www.funnyjunk.com/funny_pictures/625362/what+i+remember+about+Legos/
http://www.funnyjunk.com/funny_pictures/662595/Legos/
http://www.funnyjunk.com/funny_pictures/716423/legos/
http://www.funnyjunk.com/funny_pictures/938728/LEGOS/
http://www.funnyjunk.com/funny_pictures/938839/Fuckin+Legos/
http://www.funnyjunk.com/funny_pictures/1062290/Legos/
http://www.funnyjunk.com/funny_pictures/1087022/Legos/
http://www.funnyjunk.com/funny_pictures/1112953/Legos/
http://www.funnyjunk.com/funny_pictures/1256821/LEGOs/
http://www.funnyjunk.com/funny_pictures/1262702/legos/
http://www.funnyjunk.com/funny_pictures/1400905/FUCKING+Legos/
http://www.funnyjunk.com/funny_pictures/1590211/Legos/
http://www.funnyjunk.com/funny_pictures/722995/Lego+Memories/
http://www.funnyjunk.com/funny_pictures/929987/Differences/
http://www.funnyjunk.com/funny_pictures/1126219/Differences/
http://www.funnyjunk.com/funny_pictures/1641554/That+face/
http://www.funnyjunk.com/funny_pictures/714686/banshee/
http://www.funnyjunk.com/funny_pictures/127225/best+Dating+Site+ever/
http://www.funnyjunk.com/funny_pictures/710529/ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/680505/Six+reasons+to+ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/1318000/Why+You+Should+Ride+a+Polar+Bear+to+Work/
http://www.funnyjunk.com/funny_pictures/636781/6+Reasons+to+Ride+a+polar+Bear/
http://www.funnyjunk.com/funny_pictures/664542/6+reasons+to+ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/1221188/6+reasons+polar+bears+make+good+pets/
http://www.funnyjunk.com/funny_pictures/1339792/6+Reasons+to+ride+polar+bear+to+work/
http://www.funnyjunk.com/funny_pictures/1510335/Riding+A+Polar+Bear+to+work+is+awesome/
http://www.funnyjunk.com/funny_pictures/614643/polar+bears/
http://www.funnyjunk.com/funny_pictures/1221188/6+reasons+polar+bears+make+good+pets/
http://www.funnyjunk.com/funny_pictures/673420/Polar+Bears+Are+Coooool/
http://www.funnyjunk.com/funny_pictures/628103/SLINKY+I+AM+DISAPPOINT/
http://www.funnyjunk.com/funny_pictures/729771/Slinky+lies/
http://www.funnyjunk.com/funny_pictures/1153691/slinky+i+love+you/
http://www.funnyjunk.com/funny_pictures/727126/Slinky+Mothafucka/
http://www.funnyjunk.com/funny_pictures/1078473/Damn+Slinky/
http://www.funnyjunk.com/funny_pictures/1633248/Captain+Higgins+the+awesomest+worm+ever/
http://www.funnyjunk.com/funny_pictures/684418/Captain+Higgins/
http://www.funnyjunk.com/funny_pictures/1276364/Man+Nipples/
http://www.funnyjunk.com/funny_pictures/1445436/Man+Nipples/
http://www.funnyjunk.com/funny_pictures/722558/Flossing/
http://www.funnyjunk.com/funny_pictures/723310/How+everyone+flosses/
http://www.funnyjunk.com/funny_pictures/716460/Floss/
http://www.funnyjunk.com/funny_pictures/1016616/Floss/
http://www.funnyjunk.com/funny_pictures/1223774/Floss/
http://www.funnyjunk.com/funny_pictures/690089/The+Dentist/

http://www.funnyjunk.com/funny_pictures/732233/true+fact+on+flossing/
http://www.funnyjunk.com/funny_pictures/1052634/flossing/
http://www.funnyjunk.com/funny_pictures/1106676/The+Cycle+of+Flossing/
http://www.funnyjunk.com/funny_pictures/680577/Cycles+of+flossing/
http://www.funnyjunk.com/funny_pictures/971927/The+cycle/
http://www.funnyjunk.com/funny_pictures/971915/Working+from+home/
http://www.funnyjunk.com/funny_pictures/1580398/what+to+do+with+a+hooker/
http://www.funnyjunk.com/funny_pictures/1926634/hooker+these+days/
http://www.funnyjunk.com/funny_pictures/1987793/5+Ways+to+use+a+Hooker/
http://www.funnyjunk.com/funny_pictures/2076617/Ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/700685/How+To+Use+A+Hooker/
http://www.funnyjunk.com/funny_pictures/716262/5+Fun+Ways+To+Use+A+Hooker/
http://www.funnyjunk.com/funny_pictures/726399/5+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/727175/Awesome+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/958711/5+fun+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1334808/How+to+use+a+Hooker/
http://www.funnyjunk.com/funny_pictures/1339776/5+neat+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1505079/5+things+to+do+with+a+hooker/
http://www.funnyjunk.com/funny_pictures/1650118/1+way+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1747493/alternate+uses+for+a+hooker/
http://www.funnyjunk.com/funny_pictures/1799312/5+neat+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/2060615/5+super+neat+way+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1327268/hookers/
http://www.funnyjunk.com/funny_pictures/1505797/Hookers/
http://www.funnyjunk.com/funny_pictures/933045/Cobwebs/
http://www.funnyjunk.com/funny_pictures/703421/cobwebs/
http://www.funnyjunk.com/funny_pictures/703983/Stupid+Cobwebs/
http://www.funnyjunk.com/funny_pictures/713870/Cobwebs/
http://www.funnyjunk.com/funny_pictures/732393/frickin+COBWEBS/
http://www.funnyjunk.com/funny_pictures/1009388/cobwebs/
http://www.funnyjunk.com/funny_pictures/1174207/DAMMIT+COBWEBS/
http://www.funnyjunk.com/funny_pictures/1207745/cobwebs/
http://www.funnyjunk.com/funny_pictures/1273789/cobwebs/
http://www.funnyjunk.com/funny_pictures/1512132/CobWebs/
http://www.funnyjunk.com/funny_pictures/1767932/Cobwebs/
http://www.funnyjunk.com/funny_pictures/970445/Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1711994/How+I+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/934340/ipod+apps/
http://www.funnyjunk.com/funny_pictures/1279235/How+I+Feel+About+Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1371488/How+you+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/1416894/buying+apps/
http://www.funnyjunk.com/funny_pictures/1424792/buying+apps/
http://www.funnyjunk.com/funny_pictures/1516887/Apps/
http://www.funnyjunk.com/funny_pictures/1565060/Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1701981/how+people+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/951604/utilikilt/
http://www.funnyjunk.com/funny_pictures/1229102/What+you+mean+when+you+say+literally/
http://www.funnyjunk.com/funny_pictures/1342274/Literally/
http://www.funnyjunk.com/funny_pictures/1066060/Literally/
http://www.funnyjunk.com/funny_pictures/1578524/Literally/
http://www.funnyjunk.com/funny_pictures/1083147/Singing+with+headphones/
http://www.funnyjunk.com/funny_pictures/1267724/Singing+with+headphones/
http://www.funnyjunk.com/funny_pictures/1534308/Pet+your+kitty+part+1/
http://www.funnyjunk.com/funny_pictures/1534314/Pet+your+kitty+part+2/
http://www.funnyjunk.com/funny_pictures/1534316/Pet+your+kitty+part+3/
http://www.funnyjunk.com/funny_pictures/1534318/Pet+your+kitty+part+4/
http://www.funnyjunk.com/funny_pictures/1534332/Pet+your+kitty+part+5/
http://www.funnyjunk.com/funny_pictures/1267500/How+to+pet+a+cat/
http://www.funnyjunk.com/funny_pictures/1269568/Your+Car+Needs+This/
http://www.funnyjunk.com/funny_pictures/1109647/What+my+car+needs/
http://www.funnyjunk.com/funny_pictures/1158040/What+My+Car+Needs/
http://www.funnyjunk.com/funny_pictures/1280616/What+my+car+needs/
http://www.funnyjunk.com/funny_pictures/1430039/HOLY+SHIT/
http://www.funnyjunk.com/funny_pictures/1204076/Hedgehog/
http://www.funnyjunk.com/funny_pictures/1278108/Crotch+Rockets/
http://www.funnyjunk.com/funny_pictures/1279956/Crotch+Rockets/
http://www.funnyjunk.com/funny_pictures/1757041/Bob+and+Bob/
http://www.funnyjunk.com/funny_pictures/1268165/Why+i+dont+cook+at+home/
http://www.funnyjunk.com/funny_pictures/1410193/What+Santa+REALLY+does+while+you+sleep/
http://www.funnyjunk.com/funny_pictures/1423239/what+santa+REALLY+do/
http://www.funnyjunk.com/funny_pictures/1516002/What+santa+really+does/
http://www.funnyjunk.com/funny_pictures/1781912/What+Santa+REALLY+Does/

http://www.funnyjunk.com/funny_pictures/1417956/what+santa+does+while+u+sleep/
http://www.funnyjunk.com/funny_pictures/1419413/what+santa+actually+does/
http://www.funnyjunk.com/funny_pictures/1569902/State+of+the+Web/
http://www.funnyjunk.com/funny_pictures/2115605/Stupid+interview+questions/
http://www.funnyjunk.com/funny_pictures/243568/Bad+interview+1/
http://www.funnyjunk.com/funny_pictures/243575/Bad+interview+2/
http://www.funnyjunk.com/funny_pictures/1309175/what+not+to+do+at+an+interview/
http://www.funnyjunk.com/funny_pictures/2115605/Stupid+interview+questions/
http://www.funnyjunk.com/funny_pictures/1734389/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1741733/angry+birds/
http://www.funnyjunk.com/funny_pictures/1753305/Angry+Birds+likability/
http://www.funnyjunk.com/funny_pictures/1756995/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1933906/angry+birds/
http://www.funnyjunk.com/funny_pictures/1962179/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/2136441/Angry+Birds+Likeability+Chart/
http://www.funnyjunk.com/funny_pictures/1749615/Angry+Bird+Ratings/
http://www.funnyjunk.com/funny_pictures/1724006/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1738157/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1740265/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1753311/Angry+Birds+likability+pt2/
http://www.funnyjunk.com/funny_pictures/1768699/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1769115/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1801295/angry+birds/
http://www.funnyjunk.com/funny_pictures/1871931/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/2149249/Angry+Birds+likability/
http://www.funnyjunk.com/funny_pictures/1929606/How+not+to+sell+something/
http://www.funnyjunk.com/funny_pictures/1782047/Sriracha+Rooster+Sauce/
http://www.funnyjunk.com/funny_pictures/2000629/How+to+Fix+your+computer/
http://www.funnyjunk.com/funny_pictures/2005676/How+to+Fix+Your+Computer/
http://www.funnyjunk.com/funny_pictures/2128186/Help+You+Move+Out/
http://www.funnyjunk.com/funny_pictures/2140129/god+before+rapture/
http://funnyjunk.com/funny_pictures/2294599/Pros/
http://funnyjunk.com/funny_pictures/2609728/What/
http://funnyjunk.com/funny_pictures/3305266/Hipster+and+Hammer+Pants/
http://funnyjunk.com/funny_pictures/2744524/If/

Below this barrage of false statements, you posted a series of hyperlinks with this false statement as an introduction: "There's still hundreds of C&H comics hosted on FunnyJunk.com, as well as thousands from other artists…." Clicking on those hyperlinks turns up a null result in every case. (Attachment B.)

*You realize that's how the editorial process works, right? Bloggers and journalists write down words and ideas. When the world changes, writers aren't required to go back and edit all those words and ideas.*

*Don't you think it'd be a bit odd if we edited newspapers from 1863 to read:*

~~ABRAHAM LINCOLN~~ PRESIDENT OBAMA SIGNS THE EMANCIPATION PROCLAMATION.

**THE INTERNET IS AN ARCHIVE, IDIOT.**

However, that string of apparently useless hyperlinks put the phrase "funnyjunk" into the source code for the page twenty-eight (28) times (Attachment C), thus causing TheOatmeal.com to come up whenever "funnyjunk" is punched into the Google search engine. (Attachment D.) The Alexa stats for TheOatmeal.com are equally revealing, showing that the "Query Popularity" of "funnyjunk" is 42, nearly as popular as "oatmeal" itself, at 44. (Attachment E.) Given your background in SEO, you clearly intended this result. (Attachment F.)

Do you actually believe that if I repeat a word a bunch of times on a web page it'll show up first in Google's search results?

So If I put "porn porn porn porn porn porn porn porn porn" in my website I would rank number one for "porn" at Google? SHIT YES! I'm switching careers.

COMING SOON: THEPORNMEAL.COM!

Rankings in Google are determined by the amount of activity and links a page receives on the internet. I rank highly for "FunnyJunk" because a bunch of news sources wrote about my blog post after I published it.

This is not a factor I can control.

Maybe you should go file lawsuits against everyone on reddit who upvoted the post, or everyone on Facebook who clicked "like this."

Your false statements, recorded in Attachment A, accuse FunnyJunk of engaging in willful copyright infringement for commercial advantage and financial gain, a federal felony. 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b). Your false statements injured FunnyJunk in its trade, business or profession. <u>Your false statements were made with the explicit, malicious purpose you announced in the source code of the webpage</u>, screencaptured on page 2 of Attachment B, and



SERIOUSLY?!

You're suggesting that a picture of a DINOSAUR which is inside EVERY PAGE of The Oatmeal and HAS BEEN since 2009 is proof that I'm attacking FunnyJunk?

Was the <u>pterodactyl comic</u> which I published TWO YEARS before I wrote about you part of the attack as well? And the <u>music video</u>?

NICE EVIDENCE, JACKASS.
YOUR LAWYER = A+

6/28/12 FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case 3:12-cv-03112-EMC Document 22-3 Filed 07/01/12 Page 10 of 16

By maliciously accusing FunnyJunk of criminal conduct to injure its business reputation, you exposed yourself to a lawsuit for defamation *per se*, in which damages are presumed. *Albert v. Loksen*, 239 F.3d 256, 272 (2nd Cir. 2001).

By publishing false statements about FunnyJunk to gain publicity, popularize TheOatmeal.com, and injure FunnyJunk's reputation in the marketplace, you engaged in false advertising in violation of the Lanham Trademark Act, 15 U.S.C. §1125(a)(B). FunnyJunk is therefore entitled to file a federal lawsuit against you for injunctive relief to compel the removal of the false statements from TheOatmeal.com. *McNeil-PCC, Inc. v. Bristol-Meyers Squibb Co.*, 938 F.2d 1544, 1549 (2nd Cir., 1991). FunnyJunk may also sue for enhanced damages and recovery of its attorneys fees under 15 U.S.C. §1117. *U-Haul Int. v. Jartran, Inc.*, 793 F.2d 1034, 1042 – 1043 (9th Cir. 1986) (upholding award of double damages and attorneys fees under Sec. 1117 to unregistered markholder in action for false advertising). In a Lanham Act lawsuit, both judge and jury will presume that your false statements deceived Internet users. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1146 (9th Cir. 1997).

Accordingly, demand is hereby made upon you to perform the following remedial acts on or before June 12, 2012:

- Remove all mention of FunnyJunk and FunnyJunk.com from TheOatmeal.com from your website and any other website over which you have control.
- Deliver to me a check in the amount of $20,000 payable to the order of FunnyJunk, LLC.

I look forward to your prompt response.

Very truly yours,

Charles Carreon
2012.06.02
17:13:44 -07'00'

Charles Carreon

*This is a joke, right?*

*You want ME to pay YOU $20,000 for hosting MY unlicensed comics on YOUR shitty website for the past three years?*

# No, I've got a better idea.

6/28/12 Funnyjunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case3:12-cv-03112-EMC Document22-7 Filed07/01/12 Page21 of 16

1. I'm going to try and raise $20,000 in donations.



2. I'm going to take a photo of the raised money



3. I'm going to mail you that photo, along with this drawing of your mom seducing a Kodiak bear.



4. I'm going to take the money and donate one half to the National Wildlife Federation and the other half to the American Cancer Society.

6/28/12 Funnyjunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case3:12-cv-03112-EMC Document22-5 Filed07/01/12 Page12 of 16





Like  and 1979 others liked this.

Add New Comment

Login



Real-time updating is paused. (Resume)

## Showing 20 of 3238 comments

Sort by oldest first

 **EmilyC1**

Send them this link and tell them, "Don't worry": http://youtu.be/iGJgyuAu6eo

2 weeks ago   9 Likes                                            Like   Reply

 **Sean**

I <3 Oatmeal!

2 weeks ago   5 Likes                                            Like   Reply

 **robeberhardt**

PWNED

2 weeks ago   5 Likes                                            Like   Reply

 **Tova Fertal**

As someone who is both pro-bear, and anti-cancer, as well as anti internet assholes, I have to say I applaud your take on it!

2 weeks ago   87 Likes                                           Like   Reply

 **Pipoca**, Capoeira, good beer, and Motorcycles…nothing in life is better.

Holy crap!  Nicely done.

2 weeks ago   5 Likes                                            Like   Reply

 **Josh**

This post my friend, was exquisite.

2 weeks ago   29 Likes                                           Like   Reply

 **Josh Hassara**

There is no way that that could be the actual letterhead for a real lawyer, could it?

2 weeks ago   55 Likes                                           Like   Reply

 **Cortney J**

Nothing says law like CENTURY GOTHIC.

2 weeks ago   in reply to Josh Hassara   143 Likes             Like   Reply

 **Tori**

You mean that logo doesn't inspire confidence in his ability to understand how the internet works? Because I know when I see a globe circled by a mouse and a cd that is both poorly drawn and highly clip-art-y, I think "Man that guys knows what's up."

2 weeks ago   in reply to Josh Hassara   78 Likes              Like   Reply

 **Mlorence**


Thats a mouse?
I thought it was an ejaculating penis.

2 weeks ago   in reply to Tori   13 Likes     Like   Reply


### How to Faint

That logo is him just courting the hipster start-up millionaire set by being ironic.

(Dear god, at least I hope it is.)

1 week ago   in reply to Tori     Like   Reply


### DarkNightRJ

That's what I was thinking. It looks really unprofessional.

2 weeks ago   in reply to Josh Hassara   2 Likes     Like   Reply


### Ben M.

Unfortunately, there are a lot of attorneys like this jackwagon who make the rest of us look ridiculous.

2 weeks ago   in reply to Josh Hassara   4 Likes     Like   Reply


### Christa Mae McMillen

That's my initial reaction, too... "Did that asshole steal my 6th grade fax coversheet project from my [brilliantly-named] Technology class?"

2 weeks ago   in reply to Josh Hassara   5 Likes     Like   Reply


**Deep S.**, Web Designer, Blogger and a geek. More about me at DeepSoni.Me

Off to donate, FunnyJunk's being ridiculous.

2 weeks ago   23 Likes     Like   Reply


### guest

Wow I used to use funnyjunk but this put me over the edge. Even though I think neither of these two sites are behaving maturely I'm done with it. I probably won't be visiting either of them anymore.

2 weeks ago     Like   Reply


### danny king

Nice try Funnyjunk.

But seriously, how did you manage to interpret this situation as anything other than FJ being asshats?

2 weeks ago   in reply to guest   25 Likes     Like   Reply


### Guest

Well Matt Inman is crying to his fans. Being an immature prick.

2 weeks ago   in reply to danny king     Like   Reply


### Guess "Guest"'s homepage

lol, gotcha. So if I were, say, to threaten to throw poo at your mother and smear Nuttella on your windows you wouldn't tell people what a twat I was? How about if I attempted to cause you serious financial harm?

2 weeks ago   in reply to Guest   8 Likes     Like   Reply

### m x

Look, SFB (xxxx for brains). I'm a fan. I want to know when something like this happens because I like his work and I hate assholes who pull this crap and then troll for juuuuuust enough money that the target might decided it's worth it to pay up and get them to go

away. Capische?

1 week ago | in reply to Guest | 1 Like                    Like | Reply

✉ Subscribe by email    🔊 RSS

[ Load more comments ]

blog comments powered by DISQUS



   

## Neato things from The Oatmeal Shop

I Love Sriracha Magnet



View Item

Special Ops Bunny Shirt



View Item

Bear-O-Dactyl Shirt



View Item

Bears Love Boomboxes Shirt          Canadian Pet - Greeting Card

6/28/12 Funnyjunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages - The O...

Case 3:12-cv-03112-EMC Document 22-3 Filed 07/01/12 Page 16 of 16

### Bacon is Greater Than Love Bumper Sticker




View Item


View Item

View Item

### Wookiee Jesus - Signed Print



### Tesla > Edison Shirt



### Sriracha Flamethrower Grizzly - Signed Print



View Item

View Item

View Item

View more Oatmeal goodies here.

Follow the Oatmeal   Twitter   -   Facebook   -   RSS   -   Email

Home   -   Comics   -   Quizzes   -   Blog                    Misc   -   Shop   -   About   -   Contact

All artwork and content on this site is Copyright © 2012 Matthew Inman. Please don't steal.

TheOatmeal.com was lovingly built using CakePHP