# Exhibit G

# Eugene Novikov

| | |
|---|---|
| **From:** | Charles Carreon, Esq. [chascarreon@gmail.com] |
| **Sent:** | Friday, June 29, 2012 7:25 PM |
| **To:** | Stephanie Shattuck; Venkat Balasubramani; corynne@eff.org; cindy@eff.org; Eugene Novikov; kurt@eff.org; Mark Lemley; mattz@eff.org; Ragesh Tangri; Grilli, Sarah; Kelvin.Gong@doj.ca.gov |
| **Subject:** | Carreon v. Inman / Fwd: CV-12-3112-EMC |
| **Attachments:** | 6-29-2012 7-12-32 PM Unable.to.File.pdf |

To all Counsel:

I was once again unable to use the ECF system today, despite repeated attempts as detailed in the email to the ECF Helpdesk forwarded below.  I will continue to try throughout the weekend and on Monday.

Thank you for your attention to this matter.

Regards,
Chalres Carreon

---------- Forwarded message ----------
From: **Charles Carreon, Esq.** <chascarreon@gmail.com>
Date: Fri, Jun 29, 2012 at 7:21 PM
Subject: Re: CV-12-3112-EMC
To: ECFHELPDESK@cand.uscourts.gov


Hello ECF Helpdesk:

I tried to file my papers again today at around 12:30 p.m. and the site was still not accepting filings, thought there was a notice on the page saying that it was expected it would be up.

Now the site looks normal, allows me to log in, but when I try to start a filing, I am told "Could not start transaction."  See attached screencapture.

Please advise of what I should do.  I have ex parte papers that need to be filed on Monday.

Thank you for your attention to this request.

Charles Carreon

On Fri, Jun 29, 2012 at 10:38 AM, <ECFHELPDESK@cand.uscourts.gov> wrote:
We were down since late yesterday afternoon, we should be back by 11 AM today, thank you for your patience and please review General Order 45 VI E regarding technical failures .

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:

1

You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

| | |
|---|---|
| From: | "Charles Carreon, Esq." <chascarreon@gmail.com> |
| To: | ecfhelpdesk@cand.uscourts.gov |
| Date: | 06/28/2012 04:48 PM |
| Subject: | CV-12-3112-EMC |

Dear ECF Helpdesk:

I am requesting assistance to file the attached Ex Parte Application that is being rejected by the ECF system and showing the following error code.  Please advise of what steps I should take next in order to get the files uploaded.

3:12-cv-03112-EMC Carreon v. Inman et al
ADRMOP,AO279

An Internal Error has occurred the error code is 48.

error:

An Internal Error has occurred the error code is 48.

Error call to backend server failed with (error:

An Internal Error has occurred the error code is 48.C

Thank you,

2

Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.

**Motions**


--

[attachment "NOTICE.APP.TRO.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "CARREON.DEC.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "XIBS.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "PROPOSED.ORDER.TRO.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS]



--
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.



--
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material. If you are not the intended recipient, please first notify the sender and then delete the message and any attachment. Inadvertent disclosures shall not work a waiver of any privilege.



