# Exhibit H

**Eugene Novikov**

| | |
|---|---|
| **From:** | Ragesh Tangri |
| **Sent:** | Saturday, June 30, 2012 12:00 PM |
| **To:** | Charles Carreon, Esq.; Stephanie Shattuck; Venkat Balasubramani; corynne@eff.org; cindy@eff.org; Eugene Novikov; kurt@eff.org; Mark Lemley; mattz@eff.org; Grilli, Sarah; Kelvin.Gong@doj.ca.gov |
| **Subject:** | RE: Carreon v. Inman / Fwd: CV-12-3112-EMC |

Charles,

Consistent with its Terms of Service, Indiegogo yesterday transferred the balance of the Bear Love Campaign proceeds.

Regards,

Ragesh

Ragesh Tangri
Durie Tangri LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666 (main)
(415) 376-6402 (direct)

---

**From:** Charles Carreon, Esq. [mailto:chascarreon@gmail.com]
**Sent:** Friday, June 29, 2012 7:25 PM
**To:** Stephanie Shattuck; Venkat Balasubramani; corynne@eff.org; cindy@eff.org; Eugene Novikov; kurt@eff.org; Mark Lemley; mattz@eff.org; Ragesh Tangri; Grilli, Sarah; Kelvin.Gong@doj.ca.gov
**Subject:** Carreon v. Inman / Fwd: CV-12-3112-EMC

To all Counsel:

I was once again unable to use the ECF system today, despite repeated attempts as detailed in the email to the ECF Helpdesk forwarded below. I will continue to try throughout the weekend and on Monday.

Thank you for your attention to this matter.

Regards,
Chalres Carreon

---------- Forwarded message ----------
From: **Charles Carreon, Esq.** <chascarreon@gmail.com>
Date: Fri, Jun 29, 2012 at 7:21 PM
Subject: Re: CV-12-3112-EMC
To: ECFHELPDESK@cand.uscourts.gov

Hello ECF Helpdesk:

I tried to file my papers again today at around 12:30 p.m. and the site was still not accepting filings, thought there was a notice on the page saying that it was expected it would be up.

Now the site looks normal, allows me to log in, but when I try to start a filing, I am told "Could not start transaction."  See attached screencapture.

Please advise of what I should do.  I have ex parte papers that need to be filed on Monday.

Thank you for your attention to this request.

Charles Carreon

On Fri, Jun 29, 2012 at 10:38 AM, <ECFHELPDESK@cand.uscourts.gov> wrote:
We were down since late yesterday afternoon, we should be back by 11 AM today, thank you for your patience and please review General Order 45 VI E regarding technical failures .

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.


| From: | "Charles Carreon, Esq." <chascarreon@gmail.com> |
|---|---|
| To: | ecfhelpdesk@cand.uscourts.gov |
| Date: | 06/28/2012 04:48 PM |
| Subject: | CV-12-3112-EMC |

Dear ECF Helpdesk:

I am requesting assistance to file the attached Ex Parte Application that is being rejected by the ECF system and showing the following error code.  Please advise of what steps I should take next in order to get the files uploaded.

3:12-cv-03112-EMC Carreon v. Inman et al

ADRMOP,AO279


An Internal Error has occurred the error code is 48.

2

error:


An Internal Error has occurred the error code is 48.


Error call to backend server failed with (error:


An Internal Error has occurred the error code is 48.C


Thank you,
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.
**Motions**



--

[attachment "NOTICE.APP.TRO.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "CARREON.DEC.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "XIBS.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS] [attachment "PROPOSED.ORDER.TRO.pdf" deleted by ECFHELPDESK/CAND/09/USCOURTS]



--
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.

3

--
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
Tel 1: 520-841-0835
Tel 2: 520-762-7314
Fax: 520-843-2083

This message may contain attorney-client and/or attorney work-product privileged material.  If you are not the intended recipient, please first notify the sender and then delete the message and any attachment.  Inadvertent disclosures shall not work a waiver of any privilege.