| | |
|---|---|
| 1 | Kurt Opsahl (SBN 191303) |
| 2 | *kurt@eff.org*<br>Matthew Zimmerman (SBN 212423) |
| 3 | *mattz@eff.org*<br>Corynne McSherry (SBN 221504) |
| 4 | *corynne@eff.org*<br>ELECTRONIC FRONTIER FOUNDATION |
| 5 | 454 Shotwell Street<br>San Francisco, CA 94110 |
| 6 | Telephone: (415) 436-9333 |
| 7 | Facsimile: (415) 436-9993 |
| 8 | Venkat Balasubramani (SBN 189192) |
| 9 | *venkat@focallaw.com*<br>Focal PLLC |
| 10 | 800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104 |
| 11 | Telephone: (206) 529-4827<br>Facsimile: (206) 260-3966 |
| 12 | |
| 13 | Attorneys for Defendant Matthew Inman |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLES CARREON,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100,<br>        Defendants,<br><br>    and<br><br>KAMALA HARRIS, Attorney General of the State of California,<br><br>    A Person To Be Joined If Feasible Under Fed. R. Civ. P. 19 | Case No.: 12-cv-3112-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

---

No.: 12-cv-3112-EMC    [PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION
                      FOR A TEMPORARY RESTRAINING ORDER

1
2    Having given full consideration to all the parties' papers and evidence and good cause appearing, it is **HEREBY ORDERED**:
3
4    Plaintiff's motion for a temporary restraining order is denied.

5    **IT IS SO ORDERED.**

6
7    DATED: _____    _____
                                            HONORABLE EDWARD M. CHEN
8                                           UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on July 1, 2012, in San Francisco, California.

                                                  */s/ Kurt Opsahl*
                                                  Kurt Opsahl