# Exhibit A

# Exhibit A





*Courtesy Andrews McMeel Publishing*

**NEWSFEED** TIME.COM

1. The 13 Best Tweets About the Supreme Court's Health Care Ruling
2. TIME Publishes Special Issue on Health Care Decision
3. Singapore Pastor Allegedly Used Church Funds to Finance Wife's Pop Music Career
4. Sweden to Colbert: Sorry, You Can't Run Our Twitter Feed
5. TSA Agent Reportedly Spills Ashes of Traveler's Grandfather, Laughs
6. Oreo's Rainbow 'Pride' Cookie Prompts Internet Controversy
7. Canada Bishops Ban HPV Vaccine For Catholic School Girls
8. Nora Ephron's Best Film Moments
9. Naked Man Chews Other Guy's Face, Shot Dead by Cops
10. Watch: Four Harrowing Videos of Colorado's Waldo Canyon Fire

Have you grumbled about a misused semicolon or been annoyed by the airport check-in line? Webcomic The Oatmeal has probably featured a comic about it.

The man behind the crude drawings and crass jokes is 28-year-old Matthew Inman. In 2009, Inman put his hand to the page, and the world hasn't stopped laughing since. For a man with no art training, save for a few oil painting classes in high school, the Seattleite's diatribes about "How to Suck at Facebook" and "The 9 Types of Crappy Handshakes" (are you a Sweaty McSweaterson?) have struck a nerve with readers – primarily the funny bone.



After two years of potty-mouthed humor, Inman compiled the best into an anthology called *5 Very Good Reasons to Punch a Dolphin in the Mouth* and embarked on a whirlwind book tour across the nation. He took a breather in Brooklyn to chat with NewsFeed. Hopefully we played it cool and didn't provoke him to gripe about us in a future comic.

(**More on TIME.com**: See *The Oatmeal* as part of the best blogs of 2010)



TIME on g+  Follow

+1   +1178167

Like 541k   [twitter]  [rss]

*Get NewsFeed's daily newsletter in your inbox.*

Enter e-mail address    Sign Up



**You've drawn everything from riding polar bears to navigating awkward phone conversations. How do you come up with the seemingly disjointed and random ideas for your comics?**

I typically focus on something I want to write about, whether that's polar bears or cheese or Japanese toilets, and I just iterate on my thoughts until I come up with something that makes me chuckle. Fortunately, my sense of humor seems to coincide with that of a lot of people. So I'll get my notebook and scribble for hours and at the end I'll have garbage – but then I'll be showering or running or shopping for taquitos and be like 'I got it!' and have to go write it down. It's like a two-day delay where the thoughts have to incubate before they can sprout.

**Do your comics reflect the real Matt, or is this a hidden side of you that not many people see?**

These ideas come out quite a bit in my daily conversation. I definitely have a knack for words, especially when I'm ranting or criticizing things. Usually I'll have a little tiny notebook with me, and my friends are always worried that they're doing something that's aggravating me and that's why I'm writing it down. A lot of my comics are very gripe-y, so if they see me writing they're like "What did I do? Did I say something?"

(**More on TIME.com**: See the creator of the blog "Stuff White People Like" )

**What has the critical reaction been to your unique drawings?**

It's hard to gauge because all I see is people tweeting "LOL" at me, which isn't super rewarding, but it's the best I can do as a comic artist. Sometimes I get criticized for my artwork, because it's very simple and crude. No one ever goes after Charles Schultz for his work, but people seem to blend my work with graphic novels. And they're like 'This is not art!' but this isn't a graphic novel, it's a poop joke – I'm not a making a profound statement here.

**You started drawing comics to promote a dating site you founded. When did you realize these comics deserved their own forum?**

There was one comic in particular, "How to Tell if Your Cat Is Plotting to Kill You ," that I made while working at the dating site, and that one just blew up. Millions of people read it, and that's when I sort of realized I was a cartoonist. But I didn't want to be a marketing gimmick for a dating site. I didn't like the thought that my comics had been turned into an ad. It would be like a concert pianist





Mexico Elections: Former Ruling Party Eyes Return to Power



Nora Ephron's Best Film Moments



Wind, Heat Hamper Colorado Wildfire Fight



doing Gatorade commercials.

**We hope you keep drawing forever, because we nearly suffocate from laughing so hard when reading** *The Oatmeal***. But what does your future look like?**

If I run out of jokes or the humor becomes stale, I'm not just going to string it out for 20 years. I'm sort of impulsive, so if I get bored with it, I think I'll have to try something new. I've been thinking about standup, animation, podcasting, video, or even long-form comedy.

(**More on TIME.com**: <span style="color:red">See the 5 best blogs you should know</span>)

**Read other related stories about this:**

- 

   Subscribe to Nick Carbone on Facebook

**Related Topics:** *5 questions*, *comic artist*, *comics*, *interview*, *matt inman*, *matthew inman*, *oatmeal*, *Q&A*, *the oatmeal*, *Arts*

        EMAIL    PRINT    + SHARE

**Sponsored Links**

**New eXtreme Air Hand Dryer**
Adjustable Sound & Speed. Universal Voltage. Energy Efficient. In Stock
www.AmericanDryer.com

**What Matters to You?**
The Things That Matter To You Matter To Us. See How HP® Can Help.
www.HP.com/MakeitMatter

**Introducing Nexus 7**
The new $199 tablet from Google Made for Google Play. Pre-Order Now
play.google.com/store/devices/

    



 Clint Eastwood's Daughter Sets $100,000 Handbag on Fire

 Dirty Money: Is Canada's New $20 Bill 'Pornographic'?

 Belviq: 5 Things You Need to Know About the New Weight-Loss Pill

 Air Force: 31 Victims So Far in Sex Scandal

Billionaire Has Choice Words for Obama (And Tells Americans to Prepare) (Moneynews)

Feel Good Story of the Day: Downtown Newark (The Atlantic Cities)

What Does Your Car Color Say About You? (iVillage)

The Megapixel War Is Over (Digital Camera Info)

recommended by Outbrain [?]



**WORLD** June 29, 2012

## German Garbage Collectors Create Art By Turning Dumpsters Into Cameras

The Hamburg sanitation workers caught many by surprise with their stark, beautiful, black-and-white images of the city they help to keep clean



**FROM OUR PARTNERS**

A New Study Reveals What People Really Do When They Work From



Home *Slate*

- Waitress Sues Restaurant Over Skimpy Outfits  *Huffington Post*
- Meet the Robot That Wins Rock-Paper-Scissors 100 Percent of the Time  *Slate*
- Congressman Invokes Justin Bieber In Immigration Argument  *Huffington Post*



**HEALTH** June 28, 2012

# Canada Bishops Ban HPV Vaccine For Catholic School Girls

An advocacy group is fighting a ban on HPV vaccinations for girls in Calgary's Catholic school system set out by Bishop Frederick Henry and other bishops who believe the vaccine promotes promiscuity.

◀ PREVIOUS                                                                NEXT ▶

Tumblr of the Week: Fiddy's Biddies

12-Year-Old Genius Expands Einstein's Theory of Relativity, Thinks He Can Prove It Wrong

 DISQUS

Real-time updating is **enabled**.

Comments for this page are closed.

**Showing 0 comments**                           Sort by popular now ⇕

Powered by WordPress.com VIP



## Stay Connected with TIME.com

 Subscribe to RSS Feeds

 Sign Up for Newsletters

 Get the TIME Magazine iPad Edition

 Read TIME Mobile on your Phone

 Become a Fan of TIME

 Get TIME Twitter Updates



NewsFeed | U.S. | Politics | World | Business | Money | Health | Science | Entertainment | Photos | Videos | Specials | Magazine

© 2012 Time Inc. All rights reserved | Privacy Policy | Your California Privacy Rights | RSS | Newsletter | Mobile | TIME For Kids
Subscribe | Contact Us | Terms of Use | Media Kit | Reprints & Permissions | Help | Site Map | Ad Choices  | Custom Content

OUR PARTNERS