# Exhibit C

# Exhibit C

TIME | MAGAZINE | PHOTOS | VIDEOS    LISTS    APPS | LIFE.COM | STYLE | SUBSCRIBE    *Follow* TIME |

NewsFeed    U.S.    Politics    World    Business    Money    Tech    Health    Science    Entertainment    Opinion

# TIME Specials

SEARCH TIME.COM

Main    TIME 100    Person of the Year    Best Blogs    Best Websites    Worst Cars    Beyond 9/11    Top 10    All-TIME 100



The Volkswagen CC with corner-illuminating headlights.

# Best Blogs of 2010

*From the savvy to the satirical, the eye-opening to the jaw-dropping, TIME makes its annual picks of the blogs we can't live without*

Select a Section ⬍    **Story**    All Best and Worst Lists

**Best Blogs**

BACK    NEXT

## The Oatmeal
By DAN FLETCHER    Monday, June 28, 2010

8 of 35  |  View All







PRINT    EMAIL    SHARE

Like  39

Tweet  0    3

Share  3

Ever wonder how to use a semicolon? Or, to get a bit more crazy, how to tell if your cat is trying to kill you? Now you can find out, in comically illustrated form. The pseudonym of illustrator Matthew Inman, the Oatmeal produces zany screen-length visual aids in a cartoon style. There are quizzes too. A personal favorite? The one that asks how many Justin Biebers you could take in a fight.

See the Cartoons of the Week.

View the full list for "Best Blogs of 2010"

Sponsored Links

**Divorce For Men**
Local Seattle Divorce Lawyers Free Answers! Call 1-800-DIVORCE
GoldbergJones-WA.com/Divorce

**Keller Graduate School**
Prepare For Success w/ Keller's Accounting Master's Degree.
www.Keller.edu

**Romney vs. Obama?**
Vote in Urgent Poll Here!
www.newsmax.com/m/surveys



**Special Features:**

Essential Blogs

Overrated Blogs

Video: The Top Five Blogs

Video: Overrated Blogs

Best Blogs: Five You Should Know About

Best Blogs 2009

# We recommend          # From around the web

 The Double-Edged Blades of Russian Helicopters

 The Culprit in a Tragic Human Stampede: Physics

 One Dad's Ultimate Graduation Gift Took 13 Years to Make. What Have You Got?

 Is Online Teacher Training Good for Public Education?

9 of The Cutest & Shortest Celebrity Men (Did You Know They Were This Short?!) (Styleblazer)

Why Facebook's "Big No-No" Could Lead To Its Big Collapse (Money Morning)

Top 9 Most Embarrassing Things My Kid Has Said About a Stranger Who's Standing About Four Inches Away From Us (NickMom)

Miley Cyrus Lets It All Hang Out AGAIN (PHOTO) (CafeMom)

recommended by Outbrain [?]

PRINT | EMAIL | SHARE      BACK      NEXT

8 of 35 | View All

## Lists by Topic

SEARCH LISTS

### Topics
U.S. | World
Books | Music
Politics | Health
Top 10 | Travel

### Most Popular
Barack Obama | Environment
Michael Jackson | Cars
TIME 100 | iPhone
Movies | Holidays

## Lists: Internet

  50 Websites That Make the Web Great

 Top 10 Twitter Controversies

 The 140 Best Twitter Feeds of 2011

 The Best Blogs of 2011

  50 Best Websites 2010

## Around the Web

 Pamela Anderson's Style Evolution: From 'Baywatch' Bikinis To...More Bikinis (PHOTOS)
From THE HUFFINGTON POST

 I Lost Weight: Suzi Walthall Swapped Alcohol For Activity And Lost 250 Pounds
From THE HUFFINGTON POST

 Did Justice Roberts Change His Vote?
From SLATE

 Japan Restarts First Nuclear Reactor
From SLATE

## More News from Our Partners

- Did Justice Roberts Change His Vote?
- Japan Restarts First Nuclear Reactor
- Syrian Opposition Rejects U.N.-Brokered Transition Plan

- Why Friday The 13th Is Superstitious
- The BEST April Fools Day Pranks Of The Year
- Kristen Wolfe: Dear Customer Who Stuck Up For His Little Brother

- Weekly Ketchup: Batman and Superman Join Forces for LEGO Movie
- Critics Consensus: Ted Is Funny and Crude, Magic Mike Is Certified Fresh
- Tune in to Rotten Tomatoes Radio!

- 'Ted' Outstrips 'Mike' In Big Box-office Weekend
- Will 'The Dark Knight Rises' Beat 'The Avengers' At The Box Office?
- 'Deep Throat': How The Controversial Linda Lovelace Movie Changed Culture

Stay Connected with TIME.com

Subscribe to          Sign Up for          Get the TIME              Read TIME Mobile         Become a           Get TIME
RSS Feeds             Newsletters          Magazine iPad Edition     on your Phone            Fan of TIME        Twitter Updates



NewsFeed    U.S.    Politics    World    Business    Money    Health    Science    Entertainment    Photos    Videos    Specials    Magazine

© 2012 Time Inc. All rights reserved        Privacy Policy       Your California Privacy Rights      RSS     Newsletter     Mobile     TIME For Kids
Subscribe     Contact Us     Terms of Use     Media Kit     Reprints & Permissions     Help     Site Map     Ad Choices ▷     Custom Content

Our partners