# Exhibit D

# Exhibit D



PDFmyURL.com



(Credit: The Oatmeal)



## Most Popular on CBS News

### Stories                                    More »

01  House charges Holder with contempt of Congress

02  High-tech maps keep track of Colorado wildfires

03  Supreme Court upholds health care mandate

04  '52 Air Force plane wreckage found in melting Alaska glacier

05  Health care ruling: What it means for you

### Videos                                    More »

01  Millionaires buy $4.3M home blocking their view, tear it down

02  6/28: SCOTUS upholds health care law; wounded troops' war for recovery

03  Romney: "Obamacare" is bad policy, bad law

(CBS) - The solution to separate Netflix's online movie streaming service from its DVD-by-mail business (now known as Qwikster) is not going over well with customers. The split announced by co-founder and CEO Reed Hastings continues to anger both current and former subscribers. It's like buying a sandwich in pieces - at least, that's how The Oatmeal see it.

Netflix CEO apologizes to subscribers, splits company in two

The Oatmeal, which is full of other awesome illustrations, created this cute comic of an unsuspecting man buying a sandwich he had gotten dozens of times prior. One day, he walks in to the same shop to find that the price has been raised - 60 percent to be exact. He complains

35 PHOTOS   |   View Gallery »

## Portraits of Team USA 2012



to the manager who then asks him to come back later.

Taking his customer feedback, the sandwich store manager decided to split the business in two - customers buy buns on one side and the rest of the sandwich (meat, condiments and all) can be purchased at a different location.

How does that fix anything? Exactly.

Netflix (NFLX) stock drops after members jump ship

Netflix has ruffled one too many feathers. The company's stock took a plunge last Thursday, dropping over 17 percent, which was no doubt a reaction to Netflix's announcement that it expects 1 million fewer subscribers by the end of the third quarter.

Back in July, the company made a shocking decision to raise subscription fees a whopping 59 percent, from $9.99 to $15.98. The backlash set in and subscribers threatened to discontinue the service.

Complete coverage of Netflix on Tech Talk

Visit TheOatmeal.com to see the complete comic strip.

## 14 Photos
**Funny tweets about Netflix's new service, Qwikster**
View the Full Gallery »

   



**Ysolt Usigan**
Ysolt Usigan is the editor of lifestyle and technology for women at CBSNews.com

## Add A Comment

**FROM AROUND THE WEB**

Thomas Edison Did Not Invent The Lightbulb (and Other Things You Should Know)
*(Qualcomm Spark)*



❮ | **1** | 2 | 3 | 4 | 5 | ❯ | More »

Ads

**Netflix - Movies Online**
Watch Full Length Online Movies.
Instant Play. Free Trial.
Netflix.com

**Free Medicare Plan List**
Free List of Medicare Advantage &
Medicare Part D Plans. Compare Now!
PlanPrescriber.com/Medicare

**Exercise Your Brain**
Games You Didn't Know Existed to
Fight Brain Decline and Aging.
www.lumosity.com



**CBS This Morning now on iPad & iPhone!**
GET THE FREE APP

## LATEST CNET NEWS

 **Foxconn, Sharp eying Apple big-screen TV, says parts maker**



Giant Worm: Iceland's Loch Ness Monster?  *(Nightline)*

Sprint, a Distant No. 3, Limps Into the Future *(BusinessWeek)*

Canada Ignores Scientists, Okays Deaths of 400,000 Harp Seals *(TakePart)*

Construction of First New Nuclear Reactor in More Than 30 Years Approved *(NCF)*

Robot Cheetah Sets New Land Speed Record *(Vetstreet)*

[what's this]

## Popular Now in SciTech



**46 PHOTOS**

**The evolution of Apple products**



**63 PHOTOS**

**Rare color photos from 1930s-40s**



**24 PHOTOS**

**A closer look at Microsoft's Surface tablet**

**High-tech maps keep track of Colorado wildfires**

**Panguite: mysterious mineral discovered in space rock**

**Getting it wrong: Outlets that rushed on ruling**

**Google finds evidence of machine learning**

**Saturn's largest moon may hold underground oceans**

**Microsoft reveals list of countries getting Windows Phone 8**



**Chinese crew returns to Earth after ambitious test flight**

**Retail sales of pricey ultrabooks up, vie with MacBook**

### Find us on Facebook

 **CBS News**

 Like

362,133 people like **CBS News**.

    

Bruce    Carol    Lisa    Jano    Haseeb

 Facebook social plugin

CBS News on Facebook

**Chinese astronauts parachute land after mission**

**Judge rules Kim Dotcom warrants invalid**

**Apple posts $2.6 million bond to ban Samsung Galaxy Tab 10.1**

**Google Glass: $1,500 for developers, shipping next year**

**Facebook required for Spotify account, here's a trick**

**Cavemen bones yield oldest modern human DNA**

**National weather alerts coming to smartphones**

**Google Chrome and Drive come to Apple iOS devices**

**NY's annual geese slaughter sees fewest birds ever**

**A look at recent tech-industry earnings**

**Mac virus: What you need to know**





Copyright © 2012 CBS Interactive Inc. All rights reserved.

 PDFmyURL.com

**CBSNews.com**

Site Map
Video Site Map
Mobile/WAP Site
Help
Contact Us
CBS Bios
Careers
Internships
Development Programs

**Topics**

China
United Nations
Social Security
North Korea
Terrorism
Capital Punishment
Immigration
Gay Marriage

Disaster in Japan
Foreclosures
Debt Crisis
Massacre in Norway
Election 2012
Marijuana
Rupert Murdoch
9/11: Tragedy

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Mobile

**CBS This Morning iPad App**

Enjoy CBS This Morning all day long! Get instant access to original news stories, videos and interviews from Gayle King, Erica Hill and more.

Visit other CBS Interactive sites:    Select Site    Privacy Policy  |  Terms of Use  |  Mobile User Agreement  |  About CBS  |  Advertise

Connect with CBS News        Facebook        Twitter

PDFmyURL.com