# Exhibit J

# Exhibit J

 

Comics | Quizzes | Blog | Misc | Shop

Follow: Twitter Facebook RSS / Email

Comics:  Random   ★Most Popular   All   Cats   Grammar   Food   Animals   Tech

# Charles Carreon is officially suing me and and the charities I'm raising money for

Dear Charles Carreon,

You're making things worse.

This dispute was originally between myself and FunnyJunk. After the fundraiser was a success, I figured you and FunnyJunk would stop there. This would have been an ideal exit for you. It wouldn't have been a particularly graceful exit, but an exit nonetheless.

So when did this transform from Oatmeal VS FunnyJunk to Carreon VS the internet? I'm going to take a wild shot in the dark here and guess that it's when you announced to a journalist at MSNBC that you were trying to shut down a charity fundraiser which would benefit cancer victims and endangered wildlife. THAT was the moment when the tide of public opinion focused on you instead of FunnyJunk. I never encouraged anyone to attack, harass, or otherwise contact you. In fact in my original letter I blurred out your contact information and I linked to your Wikipedia page instead of your website. If I've directed energy anywhere it's been to the fundraiser page.

And to anyone else who is reading this: it goes without saying, but **stop harassing Carreon**. Be lawful and civil in your interactions with him.
If you want to help, go donate.

You're upset, I get it. My original response to the FunnyJunk letter was probably humiliating, and following your comments, I gather that you allegedly received a slew of nasty emails and phone calls. People who are upset often say and do very stupid things, and perhaps that's why you told the journalist at MSNBC you were attempting to shut down my fundraiser. Perhaps that's why last night you went ahead and filed a lawsuit against myself, the National Wildlife Federation, and the American Cancer Society.

Your lawsuit is meritless and it'll probably just get dismissed, but I'm guessing you're just going to keep trying until you find an angle that sticks with a judge. My advice: take a few weeks off, stop saying crazy shit to journalists, and come back when you've calmed down. Write an apology to whomever you feel is appropriate, or just don't write anything ever again.

Maybe start your own charity fundraiser as way of apology. I'd donate.

Hugs and sexy bear kisses,

-The Oatmeal







PDFmyURL.com

   

## Neato things from The Oatmeal Shop

I Love Sriracha Magnet



View Item >>

Special Ops Bunny Shirt



View Item >>

Bear-O-Dactyl Shirt



View Item >>

Bacon is Greater Than Love Bumper Sticker

Bears Love Boomboxes Shirt



Canadian Pet - Greeting Card



PDFmyURL.com



View Item »



View Item »



View Item »

Wookiee Jesus - Signed Print



View Item »

Tesla > Edison Shirt



View Item »

Sriracha Flamethrower Grizzly - Signed Print



View Item »

View more Oatmeal goodies  here. »

Follow the Oatmeal   Twitter   -   Facebook   -   RSS   -   Email



Home   -   Comics   -   Quizzes   -   Blog                                                Misc   -   Shop   -   About   -   Contact

PDFmyURL.com



All artwork and content on this site is Copyright © 2012 Matthew Inman. Please don't steal.

TheOatmeal.com was lovingly built using CakePHP

PDFmyURL.com