# Exhibit M

# Exhibit M

**From:** Matthew Inman <oatmeal@gmail.com>
**Date:** Thu, 28 Jun 2012 11:33:26 -0700
**To:** Venkat Balasubramani <venkat@focallaw.com>
**Subject:** Fwd: Indiegogo Funds Disbursement Confirmation 'BearLove Good. Cancer Bad.'

---------- Forwarded message ----------
**From: Indiegogo Support** <support@indiegogo.com>
Date: Wed, Jun 27, 2012 at 4:33 PM
Subject: Indiegogo Funds Disbursement Confirmation 'BearLove Good. Cancer Bad.'
To: oatmeal@gmail.com

Dear Matthew,

Congratulations on your fundraising success for BearLove Good. Cancer Bad. on Indiegogo. We have initiated the disbursement of your funds to your bank of america bank account.

Outgoing Disbursement Date: Sat Jun 30 Estimated Date Funds Will Be Received: Wed Jul 04

Summary: Amount Raised: $220,024.00 Amount Disbursed: $95,675.68

Disbursement Calculation:

Amount Raised by Credit Card: $96,221.00

- Indiegogo Platform fee (9.0%): $8,659.89
- Payment processing fee (3.0%): $2,886.63

+ Goal Completion Refund (5.0%): $4,811.05 = Net Credit Card Funds: $89,485.53

Amount Raised by PayPal: $123,803.00

- Indiegogo Platform fee (9.0%): $11,142.27
- Estimated payment processing fee (3.0%): $3,714.09

+ Goal Completion Refund (5.0%): $6,190.15 = Net PayPal Funds: $115,136.79

Total Disbursement Net Credit Card Funds: $89,485.53 + PayPal Goal Completion Refund: $6,190.15 = Total Amount Disbursed to bank of america Account: $95,675.68

Funds raised via PayPal are sent to your PayPal account at the time of transaction. Funds disbursed to your bank account will only include contributions raised by credit card and your total goal completion refund (if applicable). If you have not received your funds by Wed Jul 04, your disbursement may have been rejected due to incorrect bank account information. Please check your bank account information to verify that everything is accurate: http://www.indiegogo.com/projects/119398/go_live For more information about fees, see our article on Fees & Pricing: http://support.indiegogo.com/entries/20492953-fees-pricing

Once again, congratulations on your success!

Cheers, The Indiegogo Team

Not finding what you need? Visit our Help Center: http://support.indiegogo.com/forums

Attachments:

Gmail - Indiegogo Funds Disbursement Confirmation 'BearLove Good. Cancer Bad.'.pdf     81.3 KB