# Exhibit C

Exhibit C

 

Comics   Quizzes   Blog    Misc   Shop

Comics:   ❓ Random   ⭐ Most Popular   All   Cats   Grammar   Food   Animals   Tech

# FunnyJunk is threatening to file a federal lawsuit against me unless I pay $20,000 in damages

Remember FunnyJunk? Almost exactly a year ago I published a blog post about my comics being stolen, re-hosted, and monetized on FunnyJunk's website. The owner of the site responded and some of the comics were taken down, He still had a ton of my comics hosted without credit, but the energy it would take to get him to take them down wasn't worth it. I thought the issue was done and over with so I let him be.

A few days ago I was served papers informing me that the owner of FunnyJunk is going to file a federal lawsuit against me unless I pay him $20,000 in damages. You can read the full letter here.

The owner of FunnyJunk hired Charles Carreon, a lawyer who became famous in the 90s after successfully litigating sex.com.
Charles does a bit of modeling too, apparently.

I don't want to get tied up in courtroom nonsense. I don't want to pay more money to my lawyer. Don't you miss the days when I posted 2 comics a week, instead of writing rebuttals to Forbes and dealing with bullshit like this?

So do I.

I've annotated the letter below as well as outlined how I'm going to deal with this.



## Charles Carreon, Attorney at Law

Telephone:

 PDFmyURL.com



Fax: ██████████

June 2, 2012

Via Personal Service

Matthew Inman

████████████████████

Seattle, WA

Re: <u>FunnyJunk - TheOatmeal.com - Defamation and False Advertising</u>

Dear Mr. Inman:

I represent FunnyJunk, LLC. ("FunnyJunk"), a competitor of TheOatmeal.com in the field of online humor. I write to demand immediate removal of false statements about FunnyJunk from TheOatmeal.com, where you posted the following:

> Here's how FunnyJunk.com's business operates:
> 1. Gather funny pictures from around the internet
> 2. Host them on FunnyJunk.com
> 3. Slather them in advertising
> 4. If someone claims copyright infringement, throw your hands up in the air and exclaim "It was our users who uploaded your photos! We had nothing to do with it! We're innocent!"
> 5. Cash six figure advertising checks from other artist's stolen material

(Attachment A.)

PDFmyURL.com

This is a false accusation of willful copyright infringement. FunnyJunk hosts only user-uploaded content pursuant to a rigorous DMCA policy that includes termination as a sanction for repeat abusers. FunnyJunk takes immediate action on any DMCA notice it receives in the proper form. In addition to the above-quoted false statements, on the same webpage you say that FunnyJunk has "practically stolen my entire website and mirrored it on FunnyJunk." You illustrate this present-tense statement with a screencap that purports to be current, but in fact was taken long ago, and grossly misrepresents the current state of affairs. (Attachment A.)

↳ OH REALLY NOW?

What an adorable little fiction.

Here's a list of HUNDREDS of my comics that are STILL hosted on FunnyJunk.com:

(and have been for years)

**Update: FunnyJunk removed all these links since I posted this list.**
http://www.funnyjunk.com/funny_pictures/1484220/Coffee+Intake/
http://www.funnyjunk.com/funny_pictures/662058/5+Stages+Of+Caffeine/
http://www.funnyjunk.com/funny_pictures/457318/The+even+shittier+life+of+a+tapeworm/
http://www.funnyjunk.com/funny_pictures/422538/KEEP+YOUT+TREX+OFF+CRACK/
http://www.funnyjunk.com/funny_pictures/1316773/trex+on+crack/
http://www.funnyjunk.com/funny_pictures/1435643/trex+plus+crack+equal+epic/
http://www.funnyjunk.com/funny_pictures/1330893/T+Rex/
http://www.funnyjunk.com/funny_pictures/530311/7+reasons/
http://www.funnyjunk.com/funny_pictures/530312/7+reasons+part+2/
http://www.funnyjunk.com/funny_pictures/530316/7+reasons+part+3/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/530318/7+reasons+part+4/
http://www.funnyjunk.com/funny_pictures/530322/7+reasons+part+5/
http://www.funnyjunk.com/funny_pictures/530324/7+reasons+part+6/
http://www.funnyjunk.com/funny_pictures/530325/7+reasons+part+7/
http://www.funnyjunk.com/funny_pictures/138689/7+reasons+not+to+give+your+t+rex+crack/
http://www.funnyjunk.com/funny_pictures/375441/7+Reason+To+Keep+your+T+Rex+Off+Crack/
http://www.funnyjunk.com/funny_pictures/658404/4+Resons+to+Own+a+Shovel/
http://www.funnyjunk.com/funny_pictures/1209501/4+Reasons+to+Carry+A+Shovel/
http://www.funnyjunk.com/funny_pictures/2002169/4+reasons+to+carry+a+shovel/
http://www.funnyjunk.com/funny_pictures/110980/Good+reasons+to+carry+a+shovel/
http://www.funnyjunk.com/funny_pictures/118905/Crappy+hugs/
http://www.funnyjunk.com/funny_pictures/1021528/Man+Hug/
http://www.funnyjunk.com/funny_pictures/1481310/The+Man+Hug/
http://www.funnyjunk.com/funny_pictures/1024749/Man+hug/
http://www.funnyjunk.com/funny_pictures/1957121/The+Man+Hug/
http://www.funnyjunk.com/funny_pictures/526899/Bacon/
http://www.funnyjunk.com/funny_pictures/570613/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/457885/Bacon+True+Love/
http://www.funnyjunk.com/funny_pictures/396779/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/434023/BACON+Love/
http://www.funnyjunk.com/funny_pictures/439369/why+bacon+love/
http://www.funnyjunk.com/funny_pictures/128630/Do/
http://www.funnyjunk.com/funny_pictures/1820212/Bacon+Love/
http://www.funnyjunk.com/funny_pictures/526899/Bacon+Is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/1117268/Why+Bacon+is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/1154220/Bacon+math/
http://www.funnyjunk.com/funny_pictures/678759/bacon/
http://www.funnyjunk.com/funny_pictures/539472/6+reasons/
http://www.funnyjunk.com/funny_pictures/128630/Do+the+math/
http://www.funnyjunk.com/funny_pictures/425533/Bacon+True+Love+look+at+description/
http://www.funnyjunk.com/funny_pictures/983244/reason+number+one+to+love+bacon/
http://www.funnyjunk.com/funny_pictures/1398268/Bacon+is+better+than+true+love+D/
http://www.funnyjunk.com/funny_pictures/211840/Bacon/
http://www.funnyjunk.com/funny_pictures/522884/6+Reasons+Bacon+is+Better/
http://www.funnyjunk.com/funny_pictures/539472/6+reasons/
http://www.funnyjunk.com/funny_pictures/526899/Bacon+Is+Better+Than+True+Love/
http://www.funnyjunk.com/funny_pictures/40895/eight+ways+to+prepare+your+pets+for+warz/
http://www.funnyjunk.com/funny_pictures/294820/war+pets/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/175442/Pets+of+War/
http://www.funnyjunk.com/funny_pictures/208009/How+to+Prepare+Your+Pets+for+War/
http://www.funnyjunk.com/funny_pictures/2043619/Ready+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/365112/Animals+must+go+to+war/
http://www.funnyjunk.com/funny_pictures/1314331/Prepare+for+war/
http://www.funnyjunk.com/funny_pictures/71326/War+Time+Pets/
http://www.funnyjunk.com/funny_pictures/95701/prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/492610/prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/995998/Prepare+Your+Pets+for+War/
http://www.funnyjunk.com/funny_pictures/1012131/ways+to+prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1274797/Prepare+your+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1578547/Pets+of+War/
http://www.funnyjunk.com/funny_pictures/1590632/how+to+prepare+pets+for+war/
http://www.funnyjunk.com/funny_pictures/1075174/What+bears+love/
http://www.funnyjunk.com/funny_pictures/352879/What+Bears+Love/
http://www.funnyjunk.com/funny_pictures/494679/Bears+love+petting+zoos/
http://www.funnyjunk.com/funny_pictures/135003/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/233713/The+Motherf+cking+Pterodactyl/
http://www.funnyjunk.com/funny_pictures/157849/Motherfuckin+Pterodactyl/
http://www.funnyjunk.com/funny_pictures/557680/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/721610/Pterodactyl/
http://www.funnyjunk.com/funny_pictures/1106070/The+OatImeal+Pterodactyl+Song/
http://www.funnyjunk.com/funny_pictures/1158848/PteroComp+of+Awesome
http://www.funnyjunk.com/funny_pictures/1117211/Halloween+As+We+Age/
http://www.funnyjunk.com/funny_pictures/639849/How+Age+Effects+Halloween/
http://www.funnyjunk.com/funny_pictures/1102313/The+Three+Phases+of+Owning+a+Computer/
http://www.funnyjunk.com/funny_pictures/375487/3+Phases+of+Owning+a+Computer/
http://www.funnyjunk.com/funny_pictures/306621/3+Phases+of+You+and+Your+computer/
http://www.funnyjunk.com/funny_pictures/1151114/GOD+DAMN+YOU+SCIENCE/
http://www.funnyjunk.com/funny_pictures/1514471/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/732275/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/997499/Zombie+Apocalypse/
http://www.funnyjunk.com/funny_pictures/1200612/Verbal+uses+for+Irony/
http://www.funnyjunk.com/funny_pictures/545537/irony/
http://www.funnyjunk.com/funny_pictures/648316/The+three+most+common+uses+of+irony/
http://www.funnyjunk.com/funny_pictures/1061137/Coffee+FACTS/
http://www.funnyjunk.com/funny_pictures/154585/ALL+u+need+to+know+bout+coffee/
http://www.funnyjunk.com/funny_pictures/570392/bad+handshakes/
http://www.funnyjunk.com/funny_pictures/613451/Different+Types+Of+Handshakes/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/664569/The+9+types+of+handshakes/
http://www.funnyjunk.com/funny_pictures/1680607/17+Things+you+should+know+about+your+cat/
http://www.funnyjunk.com/funny_pictures/1981228/Cat+Facts+Worth+Knowing/
http://www.funnyjunk.com/funny_pictures/116929/Why+we+should+be+eating+horse+instead/
http://www.funnyjunk.com/funny_pictures/133149/WHY+WE+SHOULD+BE+EATING+HORSES/
http://www.funnyjunk.com/funny_pictures/1732663/Ride+a+pony/
http://www.funnyjunk.com/funny_pictures/1204526/WORTH+THE+READ+Beer+facts/
http://www.funnyjunk.com/funny_pictures/1046825/Beer+Facts/
http://www.funnyjunk.com/funny_pictures/219190/Facts/
http://www.funnyjunk.com/funny_pictures/135219/How+beer+is+made/
http://www.funnyjunk.com/funny_pictures/112243/Web+design+from+Hell/
http://www.funnyjunk.com/funny_pictures/125503/The+truth+about+Santa/
http://www.funnyjunk.com/funny_pictures/279811/10+misspelled+words/
http://www.funnyjunk.com/funny_pictures/262875/Words+You+Need+to+Stop+Misspelling/
http://www.funnyjunk.com/funny_pictures/565924/Misspelled+Words+2/
http://www.funnyjunk.com/funny_pictures/134177/Ten+Words+You+Need+to+Spell+Right/
http://www.funnyjunk.com/funny_pictures/661453/Ten+Words/
http://www.funnyjunk.com/funny_pictures/375511/5+Reasons+Pigs+Are+Awesomer+Than+You/
http://www.funnyjunk.com/funny_pictures/145377/5+reasons+pigs+are+awesome/
http://www.funnyjunk.com/funny_pictures/637127/5+Reasons+Pigs+Are+More+Awsome+Than+You/
http://www.funnyjunk.com/funny_pictures/1879036/5+reasons+why+pigs+are+awesomer+than+you/
http://www.funnyjunk.com/funny_pictures/411072/5+reasons+pig+are+awesome/
http://www.funnyjunk.com/funny_pictures/410664/5+Reasons+why+Pigs+are+Awesome/
http://www.funnyjunk.com/funny_pictures/411092/5+reasons+why+pigs+are+better/
http://www.funnyjunk.com/funny_pictures/1040446/pigs+5/
http://www.funnyjunk.com/funny_pictures/570182/Pig+Orgasms/
http://www.funnyjunk.com/funny_pictures/656362/Pigs+are+better+than+you/
http://www.funnyjunk.com/funny_pictures/169072/they+forgot+delicious/
http://www.funnyjunk.com/funny_pictures/1554786/Smart+Pigs/
http://www.funnyjunk.com/funny_pictures/152524/Pigs+Are+Awesome/
http://www.funnyjunk.com/funny_pictures/250773/Pig+are+AWESOME+2/
http://www.funnyjunk.com/funny_pictures/250781/PIG+are+AWESOME+3/
http://www.funnyjunk.com/funny_pictures/250786/PIG+are+AWESOME+4/
http://www.funnyjunk.com/funny_pictures/619725/is+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/199951/is+your+cat+plotting/
http://www.funnyjunk.com/funny_pictures/542889/ls+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/666448/ls+your+cat+Plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1145603/Your+Cat+Is+Plotting/
http://www.funnyjunk.com/funny_pictures/465326/Cat+plotting+to+kill+you/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/712304/ls+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/979152/ls+your+CAT+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1210233/ls+your+cat+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/2007725/Cat+plotting/
http://www.funnyjunk.com/funny_pictures/18541/Plotting+Cat/
http://www.funnyjunk.com/funny_pictures/237549/cat+takeover/
http://www.funnyjunk.com/funny_pictures/95706/cat+is+plotting+to+kill+you/
http://www.funnyjunk.com/funny_pictures/114915/Cats+Are+Evil/
http://www.funnyjunk.com/funny_pictures/726527/plotting+cat/
http://www.funnyjunk.com/funny_pictures/1039436/Plotting+cat/
http://www.funnyjunk.com/funny_pictures/1519585/plotting+cat/
http://www.funnyjunk.com/funny_pictures/1125732/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1037359/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1034340/ls+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1265345/Have+you+looked+at+your+cat+lately/
http://www.funnyjunk.com/funny_pictures/711290/ls+YOUR+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1140778/will+YOUR+cat+kill+YOU/
http://www.funnyjunk.com/funny_pictures/313726/lf+your+cat+is+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/70483/Cats+Are+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1113070/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/500966/How+to+tell+lf+a+Cat+is+Planing+to+Kill/
http://www.funnyjunk.com/funny_pictures/184143/How+to+tell+if/
http://www.funnyjunk.com/funny_pictures/78427/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/230096/cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/551828/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/562797/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/570372/is+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1045505/ls+your+cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1233969/signs+your+cat+wants+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1283427/ls+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1314267/Cat+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1331884/Your+cat+is+trying+to+kill+you/
http://www.funnyjunk.com/funny_pictures/1689179/ls+Your+Cat+Trying+To+Kill+You/
http://www.funnyjunk.com/funny_pictures/1953053/How+to+tell+if+your+cat+wants+to+kill+yo/
http://www.funnyjunk.com/funny_pictures/1966508/ur+cat+will+kill+you/
http://www.funnyjunk.com/funny_pictures/309478/killer+cats/
http://www.funnyjunk.com/funny_pictures/608629/Cats+are+bastards/
http://www.funnyjunk.com/funny_pictures/1406991/How+to+tell+if+your+kitty+will+kill+you/
http://www.funnyjunk.com/funny_pictures/2044139/Kitty+gonna+kill+you/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/953505/Fucking+Printers/
http://www.funnyjunk.com/funny_pictures/152464/Printers/
http://www.funnyjunk.com/funny_pictures/595883/PRINTERS+FROM+HELL/
http://www.funnyjunk.com/funny_pictures/1068724/Printers/
http://www.funnyjunk.com/funny_pictures/995919/Printers+Come+From+Hell/
http://www.funnyjunk.com/funny_pictures/1665653/Printers/
http://www.funnyjunk.com/funny_pictures/1696163/Printers/
http://www.funnyjunk.com/funny_pictures/1707210/Printers+from+hell/
http://www.funnyjunk.com/funny_pictures/666558/Why+i+believe/
http://www.funnyjunk.com/funny_pictures/419117/Pantera/
http://www.funnyjunk.com/funny_pictures/571850/Whats+it+like+to+own+an+apple+product/
http://www.funnyjunk.com/funny_pictures/561847/Apple+Product+s/
http://www.funnyjunk.com/funny_pictures/1202488/What+Its+like+to+own+a+Apple+Product/
http://www.funnyjunk.com/funny_pictures/673663/what+its+like+having+a+apple+product/
http://www.funnyjunk.com/funny_pictures/974479/what+its+like+to+buy+an+apple+product/
http://www.funnyjunk.com/funny_pictures/998548/what+its+like+to+own+an+apple+product/
http://www.funnyjunk.com/funny_pictures/1062288/Owning+an+Apple+Product/
http://www.funnyjunk.com/funny_pictures/1224262/apple+product/
http://www.funnyjunk.com/funny_pictures/1451643/What+Its+Like+Owning+An+Apple+Product/
http://www.funnyjunk.com/funny_pictures/1841960/How+owning+an+apple+product+works/
http://www.funnyjunk.com/funny_pictures/448441/8+websites+they+need+to+stop+making/
http://www.funnyjunk.com/funny_pictures/527727/The+Male+Angler+Fish+Gets+screwed/
http://www.funnyjunk.com/funny_pictures/454434/The+Angler+Fish/
http://www.funnyjunk.com/funny_pictures/604752/Angler+Fish/
http://www.funnyjunk.com/funny_pictures/995424/Angler+Fish/
http://www.funnyjunk.com/funny_pictures/1922253/Best+abortion+clinic/
http://www.funnyjunk.com/funny_pictures/1179966/How+to+name+a+abortion+clinic/
http://www.funnyjunk.com/funny_pictures/1497260/abortion/
http://www.funnyjunk.com/funny_pictures/613446/Email+address+and+computer+Skills/
http://www.funnyjunk.com/funny_pictures/480183/What+Your+Email+Says+About+You/
http://www.funnyjunk.com/funny_pictures/514988/What+your+email+says+about+you/
http://www.funnyjunk.com/funny_pictures/637936/What+you+email+Says+About+You/
http://www.funnyjunk.com/funny_pictures/547420/legos/
http://www.funnyjunk.com/funny_pictures/564708/Legos/
http://www.funnyjunk.com/funny_pictures/597426/Legos/
http://www.funnyjunk.com/funny_pictures/663545/legos/
http://www.funnyjunk.com/funny_pictures/723653/Memory+of+Legos/
http://www.funnyjunk.com/funny_pictures/1530877/Legos/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/1783035/Fucking+Legos/
http://www.funnyjunk.com/funny_pictures/697024/Legos/
http://www.funnyjunk.com/funny_pictures/542352/LEGOS/
http://www.funnyjunk.com/funny_pictures/551536/Legos/
http://www.funnyjunk.com/funny_pictures/577033/What+i+remember+about+legos/
http://www.funnyjunk.com/funny_pictures/607801/Legos/
http://www.funnyjunk.com/funny_pictures/625362/what+i+remember+about+Legos/
http://www.funnyjunk.com/funny_pictures/662595/Legos/
http://www.funnyjunk.com/funny_pictures/716423/legos/
http://www.funnyjunk.com/funny_pictures/938728/LEGOS/
http://www.funnyjunk.com/funny_pictures/938839/Fuckin+Legos/
http://www.funnyjunk.com/funny_pictures/1062290/Legos/
http://www.funnyjunk.com/funny_pictures/1087022/Legos/
http://www.funnyjunk.com/funny_pictures/1112953/Legos/
http://www.funnyjunk.com/funny_pictures/1256821/LEGOs/
http://www.funnyjunk.com/funny_pictures/1262702/legos/
http://www.funnyjunk.com/funny_pictures/1400905/FUCKING+Legos/
http://www.funnyjunk.com/funny_pictures/1590211/Legos/
http://www.funnyjunk.com/funny_pictures/722995/Lego+Memories/
http://www.funnyjunk.com/funny_pictures/929987/Differences/
http://www.funnyjunk.com/funny_pictures/1126219/Differences/
http://www.funnyjunk.com/funny_pictures/1641554/That+face/
http://www.funnyjunk.com/funny_pictures/714686/banshee/
http://www.funnyjunk.com/funny_pictures/127225/best+Dating+Site+ever/
http://www.funnyjunk.com/funny_pictures/710529/ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/680505/Six+reasons+to+ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/1318000/Why+You+Should+Ride+a+Polar+Bear+to+Work/
http://www.funnyjunk.com/funny_pictures/636781/6+Reasons+to+Ride+a+polar+Bear/
http://www.funnyjunk.com/funny_pictures/664542/6+reasons+to+ride+a+polar+bear/
http://www.funnyjunk.com/funny_pictures/1221188/6+reasons+polar+bears+make+good+pets/
http://www.funnyjunk.com/funny_pictures/1339792/6+Reasons+to+ride+polar+bear+to+work/
http://www.funnyjunk.com/funny_pictures/1510335/Riding+A+Polar+Bear+to+work+is+awesome/
http://www.funnyjunk.com/funny_pictures/614643/polar+bears/
http://www.funnyjunk.com/funny_pictures/1221188/6+reasons+polar+bears+make+good+pets/
http://www.funnyjunk.com/funny_pictures/673420/Polar+Bears+Are+Coooool/
http://www.funnyjunk.com/funny_pictures/628103/SLINKY+I+AM+DISAPPOINT/
http://www.funnyjunk.com/funny_pictures/729771/Slinky+lies/
http://www.funnyjunk.com/funny_pictures/1153691/slinky+i+love+you/
http://www.funnyjunk.com/funny_pictures/727126/Slinky+Mothafucka/



http://www.funnyjunk.com/funny_pictures/1078473/Damn+Slinky/
http://www.funnyjunk.com/funny_pictures/1633248/Captain+Higgins+the+awesomest+worm+ever/
http://www.funnyjunk.com/funny_pictures/684418/Captain+Higgins/
http://www.funnyjunk.com/funny_pictures/1276364/Man+Nipples/
http://www.funnyjunk.com/funny_pictures/1445436/Man+Nipples/
http://www.funnyjunk.com/funny_pictures/722558/Flossing/
http://www.funnyjunk.com/funny_pictures/723310/How+everyone+flosses/
http://www.funnyjunk.com/funny_pictures/716460/Floss/
http://www.funnyjunk.com/funny_pictures/1016616/Floss/
http://www.funnyjunk.com/funny_pictures/1223774/Floss/
http://www.funnyjunk.com/funny_pictures/690089/The+Dentist/
http://www.funnyjunk.com/funny_pictures/732233/true+fact+on+flossing/
http://www.funnyjunk.com/funny_pictures/1052634/flossing/
http://www.funnyjunk.com/funny_pictures/1106676/The+Cycle+of+Flossing/
http://www.funnyjunk.com/funny_pictures/680577/Cycles+of+flossing/
http://www.funnyjunk.com/funny_pictures/971927/The+cycle/
http://www.funnyjunk.com/funny_pictures/971915/Working+from+home/
http://www.funnyjunk.com/funny_pictures/1580398/what+to+do+with+a+hooker/
http://www.funnyjunk.com/funny_pictures/1926634/hooker+these+days/
http://www.funnyjunk.com/funny_pictures/1987793/5+Ways+to+use+a+Hooker/
http://www.funnyjunk.com/funny_pictures/2076617/Ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/700685/How+To+Use+A+Hooker/
http://www.funnyjunk.com/funny_pictures/716262/5+Fun+Ways+To+Use+A+Hooker/
http://www.funnyjunk.com/funny_pictures/726399/5+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/727175/Awesome+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/958711/5+fun+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1334808/How+to+use+a+Hooker/
http://www.funnyjunk.com/funny_pictures/1339776/5+neat+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1505079/5+things+to+do+with+a+hooker/
http://www.funnyjunk.com/funny_pictures/1650118/1+way+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1747493/alternate+uses+for+a+hooker/
http://www.funnyjunk.com/funny_pictures/1799312/5+neat+ways+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/2060615/5+super+neat+way+to+use+a+hooker/
http://www.funnyjunk.com/funny_pictures/1327268/hookers/
http://www.funnyjunk.com/funny_pictures/1505797/Hookers/
http://www.funnyjunk.com/funny_pictures/933045/Cobwebs/
http://www.funnyjunk.com/funny_pictures/703421/cobwebs/
http://www.funnyjunk.com/funny_pictures/703983/Stupid+Cobwebs/
http://www.funnyjunk.com/funny_pictures/713870/Cobwebs/

PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/732393/frickin+COBWEBS/
http://www.funnyjunk.com/funny_pictures/1009388/cobwebs/
http://www.funnyjunk.com/funny_pictures/1174207/DAMMIT+COBWEBS/
http://www.funnyjunk.com/funny_pictures/1207745/cobwebs/
http://www.funnyjunk.com/funny_pictures/1273789/cobwebs/
http://www.funnyjunk.com/funny_pictures/1512132/CobWebs/
http://www.funnyjunk.com/funny_pictures/1767932/Cobwebs/
http://www.funnyjunk.com/funny_pictures/970445/Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1711994/How+I+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/934340/ipod+apps/
http://www.funnyjunk.com/funny_pictures/1279235/How+I+Feel+About+Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1371488/How+you+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/1416894/buying+apps/
http://www.funnyjunk.com/funny_pictures/1424792/buying+apps/
http://www.funnyjunk.com/funny_pictures/1516887/Apps/
http://www.funnyjunk.com/funny_pictures/1565060/Buying+Apps/
http://www.funnyjunk.com/funny_pictures/1701981/how+people+feel+about+buying+apps/
http://www.funnyjunk.com/funny_pictures/951604/utilikilt/
http://www.funnyjunk.com/funny_pictures/1229102/What+you+mean+when+you+say+literally/
http://www.funnyjunk.com/funny_pictures/1342274/Literally/
http://www.funnyjunk.com/funny_pictures/1066060/Literally/
http://www.funnyjunk.com/funny_pictures/1578524/Literally/
http://www.funnyjunk.com/funny_pictures/1083147/Singing+with+headphones/
http://www.funnyjunk.com/funny_pictures/1267724/Singing+with+headphones/
http://www.funnyjunk.com/funny_pictures/1534308/Pet+your+kitty+part+1/
http://www.funnyjunk.com/funny_pictures/1534314/Pet+your+kitty+part+2/
http://www.funnyjunk.com/funny_pictures/1534316/Pet+your+kitty+part+3/
http://www.funnyjunk.com/funny_pictures/1534318/Pet+your+kitty+part+4/
http://www.funnyjunk.com/funny_pictures/1534332/Pet+your+kitty+part+5/
http://www.funnyjunk.com/funny_pictures/1267500/How+to+pet+a+cat/
http://www.funnyjunk.com/funny_pictures/1269568/Your+Car+Needs+This/
http://www.funnyjunk.com/funny_pictures/1109647/What+my+car+needs/
http://www.funnyjunk.com/funny_pictures/1158040/What+My+Car+Needs/
http://www.funnyjunk.com/funny_pictures/1280616/What+my+car+needs/
http://www.funnyjunk.com/funny_pictures/1430039/HOLY+SHIT/
http://www.funnyjunk.com/funny_pictures/1204076/Hedgehog/
http://www.funnyjunk.com/funny_pictures/1278108/Crotch+Rockets/
http://www.funnyjunk.com/funny_pictures/1279956/Crotch+Rockets/
http://www.funnyjunk.com/funny_pictures/1757041/Bob+and+Bob/

 PDFmyURL.com

http://www.funnyjunk.com/funny_pictures/1268165/Why+i+dont+cook+at+home/
http://www.funnyjunk.com/funny_pictures/1410193/What+Santa+REALLY+does+while+you+sleep/
http://www.funnyjunk.com/funny_pictures/1423239/what+santa+REALLY+do/
http://www.funnyjunk.com/funny_pictures/1516002/What+santa+really+does/
http://www.funnyjunk.com/funny_pictures/1781912/What+Santa+REALLY+Does/
http://www.funnyjunk.com/funny_pictures/1417956/what+santa+does+while+u+sleep/
http://www.funnyjunk.com/funny_pictures/1419413/what+santa+actually+does/
http://www.funnyjunk.com/funny_pictures/1569902/State+of+the+Web/
http://www.funnyjunk.com/funny_pictures/2115605/Stupid+interview+questions/
http://www.funnyjunk.com/funny_pictures/243568/Bad+interview+1/
http://www.funnyjunk.com/funny_pictures/243575/Bad+interview+2/
http://www.funnyjunk.com/funny_pictures/1309175/what+not+to+do+at+an+interview/
http://www.funnyjunk.com/funny_pictures/2115605/Stupid+interview+questions/
http://www.funnyjunk.com/funny_pictures/1734389/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1741733/angry+birds/
http://www.funnyjunk.com/funny_pictures/1753305/Angry+Birds+likability/
http://www.funnyjunk.com/funny_pictures/1756995/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1933906/angry+birds/
http://www.funnyjunk.com/funny_pictures/1962179/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/2136441/Angry+Birds+Likeability+Chart/
http://www.funnyjunk.com/funny_pictures/1749615/Angry+Bird+Ratings/
http://www.funnyjunk.com/funny_pictures/1724006/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1738157/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1740265/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1753311/Angry+Birds+likability+pt2/
http://www.funnyjunk.com/funny_pictures/1768699/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1769115/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/1801295/angry+birds/
http://www.funnyjunk.com/funny_pictures/1871931/Angry+Birds/
http://www.funnyjunk.com/funny_pictures/2149249/Angry+Birds+likability/
http://www.funnyjunk.com/funny_pictures/1929606/How+not+to+sell+something/
http://www.funnyjunk.com/funny_pictures/1782047/Sriracha+Rooster+Sauce/
http://www.funnyjunk.com/funny_pictures/2000629/How+to+Fix+your+computer/
http://www.funnyjunk.com/funny_pictures/2005676/How+to+Fix+Your+Computer/
http://www.funnyjunk.com/funny_pictures/2128186/Help+You+Move+Out/
http://www.funnyjunk.com/funny_pictures/2140129/god+before+rapture/
http://funnyjunk.com/funny_pictures/2294599/Pros/
http://funnyjunk.com/funny_pictures/2609728/What/

PDFmyURL.com

Below this barrage of false statements, you posted a series of hyperlinks with this false statement as an introduction: "There's still hundreds of C&H comics hosted on FunnyJunk.com, as well as thousands from other artists…." Clicking on those hyperlinks turns up a null result in every case. (Attachment B.)

You realize that's how the editorial process works, right?
Bloggers and journalists write down words and ideas. When the world changes, writers aren't required to go back and edit all those words and ideas.

Don't you think it'd be a bit odd if we edited newpapers from 1863 to read:

~~ABRAHAM LINCOLN~~ SIGNS THE EMANCIPATION PROCLAMATION.
PRESIDENT OBAMA

# THE INTERNET IS AN ARCHIVE, IDIOT.

However, that string of apparently useless hyperlinks put the phrase "funnyjunk" into the source code for the page twenty-eight (28) times (Attachment C), thus causing TheOatmeal.com to come up whenever "funnyjunk" is punched into the Google search engine. (Attachment D.) The Alexa stats for TheOatmeal.com are equally revealing, showing that the "Query Popularity" of "funnyjunk" is 42, nearly as popular as "oatmeal" itself, at 44. (Attachment E.) Given your background in SEO, you clearly intended this result.

PDFmyURL.com

(Attachment F.)

Do you actually believe that if I repeat a word a bunch of times on a
web page it'll show up first in Google's search results?

So If I put "porn porn porn porn porn porn porn porn porn" in my website I would
rank number one for "porn" at Google? SHIT YES! I'm switching careers.

COMING SOON: THEPORNMEAL.COM!

Rankings in Google are determined by the amount of activity and links a page
receives on the internet. I rank highly for "FunnyJunk" because a bunch of
news sources wrote about my blog post after I published it.

This is not a factor I can control.

Maybe you should go file lawsuits against everyone on reddit who
upvoted the post, or everyone on Facebook who clicked "like this."

Your false statements, recorded in Attachment A, accuse FunnyJunk of engaging
in willful copyright infringement for commercial advantage and financial gain, a
federal felony. 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b). Your false
statements injured FunnyJunk in its trade, business or profession. Your false
statements were made with the explicit, malicious purpose you announced in the
source code of the webpage, screencaptured on page 2 of Attachment B, and



PDFmyURL.com



```
          ___-(0) _/ _/
  __--  __   _  /_ /
 -_---- /      \_
    ----  /      \_  \_
    //  // \__ \_
   //  //      \_ \_
  ///  //         \_ -
  ;   //
```

```
***********************************
I AM A MOTHERFUCKING PTERODACTYL!
HERE TO PTERO-YOU A NEW ASSHOLE
HTTP://PTERODACTYL.ME
***********************************
```

# SERIOUSLY?!

You're suggesting that a picture of a DINOSAUR
which is inside EVERY PAGE of The Oatmeal and HAS BEEN
since 2009 is proof that I'm attacking FunnyJunk?

Was the pterodactyl comic which I published
TWO YEARS before I wrote about you part of
the attack as well? And the music video?

# NICE EVIDENCE, JACKASS.
# YOUR LAWYER = A+

By maliciously accusing FunnyJunk of criminal conduct to injure its business
reputation, you exposed yourself to a lawsuit for defamation *per se*, in which
damages are presumed. *Albert v. Loksen*, 239 F.3d 256, 272 (2nd Cir. 2001).

PDFmyURL.com

damages are presumed. *Albert v. Loksen*, 239 F.3d 256, 272 (2ⁿᵈ Cir. 2001).

By publishing false statements about FunnyJunk to gain publicity, popularize TheOatmeal.com, and injure FunnyJunk's reputation in the marketplace, you engaged in false advertising in violation of the Lanham Trademark Act, 15 U.S.C. §1125(a)(B). FunnyJunk is therefore entitled to file a federal lawsuit against you for injunctive relief to compel the removal of the false statements from TheOatmeal.com. *McNeil-PCC, Inc. v. Bristol-Meyers Squibb Co.*, 938 F.2d 1544, 1549 (2ⁿᵈ Cir., 1991). FunnyJunk may also sue for enhanced damages and recovery of its attorneys fees under 15 U.S.C. §1117. *U-Haul Int. v. Jartran, Inc.*, 793 F.2d 1034, 1042 – 1043 (9ᵗʰ Cir. 1986) (upholding award of double damages and attorneys fees under Sec. 1117 to unregistered markholder in action for false advertising). In a Lanham Act lawsuit, both judge and jury will presume that your false statements deceived Internet users. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1146 (9ᵗʰ Cir. 1997).

Accordingly, demand is hereby made upon you to perform the following remedial acts on or before June 12, 2012:

- Remove all mention of FunnyJunk and FunnyJunk.com from TheOatmeal.com from your website and any other website over which you have control.
- Deliver to me a check in the amount of $20,000 payable to the order of FunnyJunk, LLC.

I look forward to your prompt response.

Very truly yours,

Charles Carreon
2012.06.02
17:13:44 -07'00'

*This is a joke, right?*

Charles Carreon

You want ME to pay YOU

$20,000 for hosting MY unlicensed comics
on YOUR shitty website for the past three years?

# No, I've got a better idea.

1. I'm going to try and raise $20,000 in donations.



PDFmyURL.com

2. I'm going to take a photo of the raised money



3. I'm going to mail you that photo, along with this drawing of your mom seducing a Kodiak bear.



PDFmyURL.com

4. I'm going to take the money and donate one half
   to the National Wildlife Federation and the
   other half to the American Cancer Society.

## FunnyJunk:

I don't want to write retorts like this anymore.
I don't want to spend the next year tied up in
legal bullshit with you.

I just want to make comics.

Consider this my philanthropic, kind-spirited
way of saying:
# Fuck off.

PDFmyURL.com





 and 1984 others liked this.



 PDFmyURL.com

# Add New Comment

Login

Real-time updating is **paused.** (Resume)

## Showing 20 of 3243 comments

Sort by popular now

**Nicolas**

Can i upload this to funnyjunk?

2 weeks ago    3759 Likes                                    Like    Reply

> **Dan Crittenden**
>
> I want to carpet bomb the shit out of FJ with this letter
>
> 2 weeks ago    in reply to Nicolas    361 Likes              Like    Reply
>
>> **Annonymous**
>>
>> or if we show 4chan this, they wil hopefully go bananas on FJ
>>
>> - that would be more effective
>>
>> 2 weeks ago    in reply to Dan Crittenden    509 Likes     Like    Reply
>>
>>> **Anon**

PDFmyURL.com

we are not your personal army bitch now fuck off

2 weeks ago    in reply to Annonymous    709 Likes                                    Like    Reply



**Jason Belich**

In this case, yes you are.. now get cracking.. A lawyer's mom needs bear lovin!!

2 weeks ago    in reply to Anon    423 Likes                                    Like    Reply



**anon**

It's not exactly difficult to post as "anon". There, I did it. whew... I feel all hackery n'stuff.

2 weeks ago    in reply to Jason Belich    300 Likes                                    Like



**Saxon**

Lol at saying anon's are the fight club of the internet. Fight club is an existentialist text.The narrator is unable to define himself as an individual through the use of violence because he creates his own system that he becomes slave to with project mayhem etc. Saying you are the fight club of the internet is like saying you're the mindless drones of the internet. Actually you're right, that's fairly accurate.

2 weeks ago    in reply to Jason Belich    124 Likes                                    Like



**Phillipé**

Boys [and possibly girls], you're all pretty. Now shut up and donate.

2 weeks ago    in reply to Jason Belich    110 Likes                                    Like



**Azril Shah**

if you really were anon you wouldn't be here yapping that you're anon and dont mess with "us" sounding like a 12 year old gangster

real anons got better things to do

 PDFmyURL.com

2 weeks ago    in reply to Jason Belich    95 Likes                    Like



**David**

anon are a bunch of pussy faggot wannabe hackers who can't even use LOIC properly, gg

2 weeks ago    in reply to Jason Belich    86 Likes                    Like



**Bolton110**

Dude, don't fuck with the Anons...

2 weeks ago    in reply to Jason Belich    69 Likes                    Like



**JustEric**

Anon = clownshoes.

It would be more effective to sic a classroom of kindergartners on FJ. More efficient, and less pants-pooping and booger-eating.

2 weeks ago    in reply to Jason Belich    66 Likes                    Like



**Apple**

Oh fuck, the internet cool guys are gonna hack my computer!
I'd better not fuck with them. Whew.

2 weeks ago    in reply to Jason Belich    53 Likes                    Like



**Anonymous**

Well sir, that was the incorrect thing to say.

2 weeks ago    in reply to Jason Belich    41 Likes                    Like

PDFmyURL.com



**that one guy**

I thought it was some bear's mom needing a lawyer. Fuck.

2 weeks ago    in reply to Jason Belich    40 Likes                                    Like



**Benjamin Eugene NElson**, Opinionated Jack*ss and proud of it.

Yah, so scared of some twat who won't even post his real name..

2 weeks ago    in reply to Jason Belich    39 Likes                                    Like



**Dvfdfy**

More like, Anons, don't fuck with The Dude!

2 weeks ago    in reply to Jason Belich    23 Likes                                    Like



**What's in a Name?**

Anons can be seen chipping in for a good cause, especially if it inconveniences assholes, but this shit is childish and I doubt anyone will do anything unless this doesn't work and they actually try to bring him to court.

2 weeks ago    in reply to Jason Belich    15 Likes                                    Like



**Anon**

 Look dude... your supposed to take a picture of a. tits+timestamp, b. you humiliating yourself in some way+timestamp or c. A+B. C is clearly the best approach. Do those, then we'll talk.

2 weeks ago    in reply to Jason Belich    14 Likes                                    Like



**ScottKarbon**

Yeah, don't fuck with the Anons! Fuck with the bears so they're nice and ready for the lawyer's mom.

Dude, bolton - Anon isn't going to get upset about a webcomic...

PDFmyURL.com

2 weeks ago   in reply to Jason Belich   13 Likes   Like

M Subscribe by email   S RSS

Load more comments

blog comments powered by DISQUS















PDFmyURL.com

# Neato things from [The Oatmeal Shop](#)

### I Love Sriracha Magnet



View Item ❥❥

### Special Ops Bunny Shirt



View Item ❥❥

### Bear-O-Dactyl Shirt



View Item ❥❥

### Bacon is Greater Than Love Bumper Sticker



View Item ❥❥

### Bears Love Boomboxes Shirt



View Item ❥❥

### Canadian Pet - Greeting Card



View Item ❥❥

### Wookiee Jesus - Signed Print

PDFmyURL.com



View Item ❯❯

## Tesla > Edison Shirt



View Item ❯❯

## Sriracha Flamethrower Grizzly - Signed Print



View Item ❯❯

View more Oatmeal goodies here. ❯❯

Follow the Oatmeal   Twitter  -  Facebook  -  RSS  -  Email



Home - Comics - Quizzes - Blog     Misc - Shop - About - Contact

All artwork and content on this site is Copyright © 2012 Matthew Inman. Please don't steal.

TheOatmeal.com was lovingly built using CakePHP

PDFmyURL.com