# Exhibit F

# Exhibit F

 browse | learn | create     Sign Up | Log In     search 



# BearLove Good. Cancer Bad.

I'm trying to raise $20k to donate half to the National Wildlife Federation (for the bears), and half to the American Cancer Society (because cancer is shitty).

**Created by:** 

**Location:** seattle, Washington, United States

**Category:** Animals

| Campaign Home | **Updates / 4** | Comments / 6986 | Funders / 14407 |

All Updates | Campaign Announcements Only

 **Matthew Inman** posted an announcement 2 days ago

The campaign has ended! THANK YOU EVERYONE A MILLION TIMES OVER!

Now that it's over, what happens? Details here:
http://theoatmeal.com/blog/fundraiser_update

 **Matthew Inman** posted an announcement 15 days ago

Oops, bag that update. I decided to keep the campaign running for the original time planned.

 **Matthew Inman** posted an announcement 15 days ago

One other note: a lot of people have been asking what I plan to do with the extra money we raised over the initial $20,000. 100% of it is going to charity. I'm going to add 2 more charities to the list, in addition to the ACS and the NWF.

## $220,024

*Raised of $20,000 Goal*

 **0** *time left*

**Flexible Funding campaign**
This campaign received all of the funds contributed on Mon Jun 25.

please flag with care: prohibited content (terms of use)

PDFmyURL.com


Matthew Inman posted an announcement 17 days ago

Holy shit $20,000 in 64 minutes! YOU PEOPLE ARE AMAZING.

© 2012 Indiegogo Inc.
All Rights Reserved

Terms
Privacy Policy
Distribution

Contact Us

Learn More
Why Indiegogo?
Features
Pricing
FAQ

Help

Customer Happiness
Campaigner
Contributor

About Us
Press
Careers

Visit our blog

Sign up for Indiegogo News

enter email

PDFmyURL.com