# Exhibit J

# Exhibit J

Hotmail   More                      TODAY   Rock Center   Nightly News   Meet the Press   Dateline   Morning Joe   Hardball   Ed   Maddow   Last Word   msnbc tv          Account ▾

News        Entertainment      Food      Health      Money      Travel      Books      Pets      Parenting      Style      KLG & Hoda      Blogs      More

*Recommended:*
Keep Facebook between friends, not strangers

*Recommended:*
Artist uses 'Draw Something' to animate John Mayer music video

*Recommended:*
Parents in the dark about teens' online activities, survey finds

*Recommended:*
Facebook kills off a user who isn't really dead

Advertise | AdChoices

Facebook, iPads, Android, and everything between — the tech news you need, the stories you want, and the tips you'll actually use. Our Digital Life. Read. Live. Share.

↓ About this blog    ↓ Archives    ✉ E-mail updates    Follow on Twitter    Subscribe to RSS    Like    975k

124    Recommend    46k    3.4K    1.9K    8

**12**
Jun
2012
4:35pm, EDT

# Cartoonist turns lawsuit threat into $100K charity fundraiser



Twitter

**By Rosa Golijan**

*Updated 7:43 p.m. ET*

"I'd rather just focus on writing comics," a young man told me when I asked him why he responded to a lawsuit threat by starting a rather successful charity fundraiser for the American Cancer Society and the National Wildlife Federation. Sounds strange and somewhat illogical, right?

Well, keep reading, because — over $100,000 in donations later — it's probably the most reasonable decision you'll encounter on the Internet today.

Even though many people don't recognize his name, 29-year-old Matthew "The Oatmeal" Inman is a popular cartoonist. You've probably seen plenty of his work — such as "10 Words You Need To Stop Misspelling," "What It's Like To Own An Apple Product," or "Cat vs Internet" — in your Facebook feed, on Twitter, or on your favorite blog at some point. It's almost impossible to avoid Inman online.

The popularity of Inman's work does have downsides though: Occasionally

some websites will repost it without asking or crediting him. More often than not, these websites will even profit from this practice.

Advertise | AdChoices

About a year ago, Inman got fed up with a website — called FunnyJunk — which had become particularly prone to re-hosting and monetizing his work. He wrote a blog post declaring that FunnyJunk had "practically stolen [his] entire website." The website's owner responded by claiming that Inman was threatening to sue him and removing any content which referenced "The Oatmeal."

Even though plenty of his content remained on FunnyJunk, without any reference to his pseudonym, Inman just didn't have energy to file DMCA takedown notices to deal with it. "Let's just leave it alone, I thought," he told me. "That's how it was for a year."

But oddly enough, the folks behind FunnyJunk decided they wanted to revisit the whole situation, almost exactly a year later. Inman discovered this when someone knocked on his door to serve him with papers about a week ago. "It was 8 p.m. — I was having a sushi-making night," Inman explained. The owner of FunnyJunk was threatening to file a federal lawsuit unless Inman paid $20,000 in damages.

"Is it going to get worse?" Inman wondered. He consulted a lawyer and sat on the letter for about a week before finally posting it online, along with his rebuttal and an explanation of what he'll do. (His lawyer also mailed a formal reply to FunnyJunk's representative as well, of course.)

"I don't want to get tied up in courtroom nonsense. I don't want to pay more money to my lawyer," Inman declared in that blog post. He outlined why he believed that it was silly that FunnyJunk is demanding money "for hosting [his] unlicensed comics [...] for the past three years."

"I've got a better idea," he wrote. "I'm going to try and raise $20,000 in donations. I'm going to take a photo of the raised money. I'm going to mail you that photo, along with this drawing of your mom seducing a Kodiak bear. I'm going to take the money and donate one half to the National Wildlife Federation and the other half to the American Cancer Society."

Advertise | AdChoices



**The Oatmeal**

older

newer

Inman dubbed his response "Operation BearLove Good Cancer Bad" and gave it a 15-day deadline. He announced it on Monday, at about 1 p.m. PT. About one hour later, he'd met the $20,000 fundraising goal. About 24 hours later, he'd raised over $117,000 with donations coming from over 8,000 people.

When I reached out to FunnyJunk's lawyer, Charles Carreon, to discuss the situation, he explained that he'd removed his contact information from his website due to the large number of people who'd contacted him after Inman's blog post went online.



"I really did not expect that he would marshal an army of people who would besiege my website and send me a string of obscene emails," he says.

**IndieGoGo**

Advertise | AdChoices

"I'm completely unfamiliar really with this style of responding to a legal threat — I've never really seen it before," Carreon explains. "I don't like seeing anyone referring to my mother as a sexual deviant," he added, referencing the drawing Inman posted.

Carreon tells me that Inman's blog post was interpreted as a complaint — similar to a DMCA takedown notice — and that the content the cartoonist listed in it was removed from the FunnyJunk website promptly. He also explains that he believes Inman's fundraiser to be a violation of the terms of service of IndieGoGo, the website being used to collect donations, and has sent a request to disable the fundraising campaign. (The fundraising website has only responded with an automated message so far.)

"I don't think that what I did was unreasonable," Carreon says while discussing the initial demands sent to Inman. He tells me that while this situation is unique, he is typically open to negotiation. He ended the conversation with a promise to keep me updated on how things are resolved and on whether he takes any legal action against the folks who have been harassing him since Inman's "BearLove Good Cancer Bad" fundraising campaign started.

"It's an education in the power of mob psychology and the Internet," Carreon told me.

In the meantime, Inman is trying to figure out how to explain that he needs to withdraw over $100,000 so that he can photograph it next to a drawing of someone's mother attempting to sweet-talk a bear.

"I think I might need an armored truck," he mused.



**When tech goes to heck**

**Did your GPS ever lead you awry? Has your not-so-smart phone's spellcheck spelled trouble for you. TODAY's Jenna Wolfe looks at some common technology glitches that annoy us.**

older    newer



Advertise | AdChoices

*Want more tech news, silly puns, or amusing links? You'll get plenty of all three if you keep up with Rosa Golijan, the writer of this post, by following her on Twitter, subscribing to her Facebook posts, or circling her on Google+.*

Subscribe David van den Berg and 397,648 others are subscribed to Rosa Golijan.

Follow @rosa

124 comments

Join the discussion

Explore related topics: internet, featured

Today Show on Facebook

Like

975,310 people like **Today Show**.

Zakir Danielle Antonette ARifur

Facebook social plugin

New! Share what you're reading & see what your friends are viewing

Allow What's this?

older

newer

## Most popular posts

**Facebook kills off a user who isn't really dead**
3 days ago

**The ultimate guide to talking to any human**
6 days ago

**Oreos' 'Pride' campaign spawns online debate**
2 days ago

**Artist uses 'Draw Something' to animate John Mayer music video**
2 days ago

**How to avoid getting taken when selling on Craigslist**
7 days ago

Advertise | AdChoices

**Browse**

featured, technology, facebook, apple, internet, twitter, iphone, social-media, google, video-games, apps, viral, social-networking, youtube, security, privacy, video, ipad, iphone-apps, love, android, steve-jobs, kids, relationships, children, apple-iphone, amazon, tech, videos, music, wireless, microsoft, google-plus, porn, crime, photos, fine-brothers, sxsw, netflix, scam, google-doodle, sex, craigslist, meme, email

**Also**

**Top TODAY.com headlines**

Advertise | AdChoices

Superglue lands in woman's hair on United flight
Teacher who called students 'loathsome,' 'rat-like' is fired
Michael Jackson's tiger dies of lung cancer
Which are the 6 oddest Olympic sports?
Got $17K? Buy Olsen twins' furry backpack
Dirty water an issue at US beaches, report shows
Don't hate Maroon 5 for being 'Overexposed'
Actor Don Grady of 'My Three Sons' dies at 68
Who is your retro big-brother TV crush?
GIBill.com handed over in settlement over alleged deception

**Rosa Golijan**

Follow on Twitter    Become a fan on Facebook

is a contributing writer at msnbc.com and an all-around nice person. You can can stalk her on Twitter--she's @rosa there--or 'like' her on Facebook.

older    newer

| **Archives** | | **Most Commented** | **Other blogs** | **More on TODAY.com** |
|---|---|---|---|---|
| 2012 | June (38) | Facebook kills off a user who isn't really dead (25) | allDAY | Superglue lands in woman's hair on United flight |
| 2011 | May (53) | How to avoid getting taken when selling on Craigslist (10) | Animal Tracks | Teacher who called students 'loathsome,' 'rat-like' is fired |
| 2010 | April (49) | | Bites | |
| | March (60) | Parents in the dark about teens' online activities, survey finds (7) | The Clicker | Michael Jackson's tiger dies of lung cancer |
| | February (110) | The ultimate guide to talking to any human (6) | Digital Life | Which are the 6 oddest Olympic sports? |
| | January (156) | Orbitz tailors marketing to Mac users' expensive tastes (1) | Hip2Save | Got $17K? Buy Olsen twins' furry backpack |
| | | | Kathie Lee and Hoda | Dirty water an issue at US beaches, report shows |
| | | How Twitter can make your life better (1) | Life Inc. | Don't hate Maroon 5 for being 'Overexposed' |
| | | | The Look | Actor Don Grady of 'My Three Sons' dies at 68 |
| | | | TODAY Entertainment | |
| | | | TODAY Moms | |
| | | | TODAY on the Trail | |

© 2012 msnbc.com    Today.com Tech   About us   Contact   Help   Site map   Careers   Terms & Conditions    MSN Privacy   Legal   Advertise