# Exhibit K

# Exhibit K



CNET > News > Technically Incorrect

# Can charity squash frivolous lawsuits?

The case of the cartoonist at The Oatmeal who was threatened by a lawyer for FunnyJunk after his work was allegedly ripped off hundreds of times surely offers some hope for humanity and, perhaps, for the legal system.

 by Chris Matyszczyk  |  June 12, 2012 10:37 PM PDT



**FEATURED POSTS**

PDFmyURL.com



Ingram's Indiegogo appeal.
(Credit: Indiegogo Screenshot: Chris Matyszczyk/CNET)

Sometimes, the strange and often lonely people who lurk on the Web do some good.

It isn't always by accident.

Many over the last 24 hours have been entranced by the tale of cartoonist Matthew Inman, the man behind The Oatmeal.

A year ago, he was rather upset when a site called FunnyJunk allegedly co-opted much of his work without actually paying him for it.

At the time, he wrote a very poignant blog post about it. The facts appeared troubling. Inman claimed that none of the material on FunnyJunk belonged to the site. The owner of FunnyJunk allegedly took some of Ingram's material down, but only some.

However, one year later Inman received a letter from a lawyer on behalf of FunnyJunk. The lawyer demanded $20,000 for "false statements of copyright infringement." Oh, and "defamation and false advertising."



iPhone 5 to reign as leading smartphone in 2013, says analyst
Apple



The iPhone at 5: From uncertainty to runaway hit
Apple



How to make a giant Google Jelly Bean sculpture
Crave



Google's glasses: $1,500 for developers, shipping next year
Internet & Media



$199 Nexus 7 ups challenge to iPad, Kindle
Mobile

### MOST POPULAR



Google Glass: $1,500 for developers, shipping next year
**1k** Facebook Likes



Apple wins patent for inductive charging docking station
**344** Tweets



Google shows Apple: We made ours in the U.S.A.
**73** Google Plus Shares



Apple wins injunction against Samsung Galaxy Tab 10.1
**317** Comments

**317** comments



Knowing this would take up a lot of time, money and energy, Ingram offered a highly witty and, to the lay eye, persuasive rebuttal.

However, he also went on Indiegogo in a very progressive attempt, perhaps, to embarrass both FunnyJunk and its lawyer Charles Carreon.

Not many lawyers suffer from embarrassment. But Inman thought that charity might "trump douchebaggery and greed." He tried to appeal to more lay eyes, indeed.



(Credit: Screenshot: Chris Matyszczyk/CNET)

So he sallied onto IndieGoGo and asked whether visitors might contribute the very same $20,000 toward the National Wildlife Federation and the American Cancer Society. Inman then promised to photograph the money and send it to FunnyJunk.

Let's imagine, for the sake of Tuesday, that this lawsuit might smack of a touch of frivolity. If, with his independent and go-go spirit, Inman makes it go away, might this set a fine and interesting precedent?

Might those who are the objects of patently spurious lawsuits appeal to the masses for, say, $1 a piece, in order to bring a little more populist sanity to America? Might this be

Case3:12-cv-03112-EMC   Document25-11   Filed07/01/12   Page4 of 9

Knowing this would take up a lot of time, money and energy, Ingram offered a highly witty and, to the lay eye, persuasive rebuttal.

However, he also went on Indiegogo in a very progressive attempt, perhaps, to embarrass both FunnyJunk and its lawyer Charles Carreon.

Not many lawyers suffer from embarrassment. But Inman thought that charity might "trump douchebaggery and greed." He tried to appeal to more lay eyes, indeed.



(Credit: Screenshot: Chris Matyszczyk/CNET)

So he sallied onto IndieGoGo and asked whether visitors might contribute the very same $20,000 toward the National Wildlife Federation and the American Cancer Society. Inman then promised to photograph the money and send it to FunnyJunk.

Let's imagine, for the sake of Tuesday, that this lawsuit might smack of a touch of frivolity. If, with his independent and go-go spirit, Inman makes it go away, might this set a fine and interesting precedent?

Might those who are the objects of patently spurious lawsuits appeal to the masses for, say, $1 a piece, in order to bring a little more populist sanity to America? Might this be
**ABOUT TECHNICALLY INCORRECT**

Chris Matyszczyk brings a fresh and irreverent perspective to the tech world in his CNET blog, Technically Incorrect. He is a member of the CNET Blog Network and is not an employee of CNET.

RSS Subscribe | my Yahoo Add this Feed
Google Add this Feed | MSN Add this Feed

**CNET MOBILE APPS**



CNET On The Go. Download the native CNET app for the platform of your choice.

PDFmyURL.com


one way in which a jury of the very, very many could offer an opinion on what is right and what not?

What if the law suddenly declared that if an amount was raised for charity, such lawsuits could not proceed? Yes, I know I am dreaming, but it's a pleasantly fanciful alternative for justice. Currently, it does seem that those with money and power often prevail.

In this case, it may well be that there are extraneous facts of which we, the unwashed, are unaware.



(Credit: Screenshot: Chris Matyszczyk/CNET)

I therefore tried to contact Carreon -- who is very famous for his work on the celebrated Sex.com case -- to see whether he might offer some light.

However, on going to the contact page on his Web site, I discovered a disconcerting message:

> You seem to have found a mis-linked page or search query with no associated results. Please trying your search again. If you feel that you should be staring at something a little more concrete, feel free to email the author of this site or browse the archives.

 Download Now

 Get the new Chromebook

 PDFmyURL.com

Carreon told MSNBC: "I really did not expect that he would marshal an army of people who would besiege my Web site and send me a string of obscene e-mails."

Really he didn't. Indeed, he claims he did nothing unreasonable.

He added: "I'm completely unfamiliar really with this style of responding to a legal threat -- I've never really seen it before. I don't like seeing anyone referring to my mother as a sexual deviant."

He may not back down. He believes, he told MSNBC, that Inman's fundraising may be counter to IndieGoGo's terms of service.

On Twitter, Carreon appears to be taking something of a pummeling.

One tweeter, Chris O'Rourke offered: "Have met Charles Carreon in the past. Thought he was a good guy. Now he's supporting content thievery & suing to hide the deception."

That is one of the milder musings.

On what appears to be Carreon's own Twitter feed, little is stirring, though Carreon did reply to one abusive tweet about his wearing a Joey Ramone T-shirt. (picture above)

Moreover, on closer inspection, he (if it is, indeed, his feed) describes himself as: "Counsel to the good and the good-looking."

I sent him a good-looking and polite tweet in the hope that he might offer more words of wisdom. Should he do so, I will update.

**Topics:** Media, Random, Social networking, Advertising **Tags:** lawsuits, charity

## About Chris Matyszczyk

Chris Matyszczyk is an award-winning creative director who advises major corporations on content creation and marketing. He brings an irreverent, sarcastic, and sometimes ironic voice to the tech world. He is a member of the CNET Blog Network and is not an employee of CNET.

## DON'T MISS


**The iPhone at 5: From uncertainty to runaway hit**
Apple


**Google ups challenge to iPad, Kindle with Nexus 7 slate**
Mobile


**Google's glasses steal I/O show**
Slideshow


**CNET Editor's Take: Google Glass Explorer Edition**
Review


**FIRST LOOK**
# Nexus 7 aims its sights at Kindle Fire
The Nexus has a quad-core processor, a gorgeous screen, and costs only $200. We take this promising 7-inch tablet for for a test drive.
**Play Video »**

## POPULAR HEADLINES


**iPhone 5 to reign as leading smartphone in 2013, says analyst**
Apple


**Extreme keynoting: How Google pulled off its skydiving stunt**
Cutting Edge

## LATEST TECH NEWS


**Foxconn, Sharp eying Apple big-screen TV, says parts maker**
Business Tech


**Microsoft reveals list of countries getting Windows Phone 8**
Mobile

PDFmyURL.com


**Google Chrome and Drive come to Apple iOS devices**
Internet & Media


**Chinese crew returns to Earth after ambitious test flight**
Cutting Edge

**Ads**

### Kool Smiles® Dentistry
Get The Facts On How We Provide Dental Care to Underserved Families
www.KoolSmilesFacts.com

### Bladder Mesh Recall
Had Problems with Bladder Mesh? Free Lawsuit Review. Learn More.
www.Youhavealawyer.com/mesh

### Pelvic Mesh Lawsuit
Pelvic Mesh Implant Suffering? Call Today For a Free Consultation
www.mypelvicmeshinjuries.com



© 2012 CBS Interactive. All rights reserved.  Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |
Visit other CBS Interactive sites: Select Site

**Reviews**
All Reviews
Camcorders

**News**
All News
Business Tech

**Downloads**
Add Your Software
All Downloads

**CNET TV**
All Videos
Always On

**More**
About CBS Interactive
About CNET

**Follow us via...**
Facebook
Twitter



| | | | | | |
|---|---|---|---|---|---|
| Car Tech | Crave | Mac | Apple Byte | CNET Deals | Google+ |
| Cell Phones | Cutting Edge | Mobile | Most Popular | CNET Forums | YouTube |
| Digital Cameras | Green Tech | Software Deals | CNET Top 5 | CNET Mobile | LinkedIn |
| GPS | Security | Webware | CNET Update | CNET Site Map | Tumblr |
| Laptops | Wireless | Windows | Prizefight | Corrections | Pinterest |
| TVs | | | | Help Center | Newsletters |
| | | | | Permissions | RSS |

PDFmyURL.com