# Exhibit M

# Exhibit M





New Corning® Gorilla® Glass 2 for:
• Slimmer & sleeker devices
• Brighter images
• Greater touch sensitivity
GET THE STORY »
CORNING Gorilla'Glass

 **MAIN MENU** ▾     **MY STORIES: 25** ▾     **FORUMS**     **SUBSCRIBE NOW**                    **SEARCH**           **LOG IN**

# LAW & DISORDER / CIVILIZATION & DISCONTENTS

# Lawyer tries and fails to shut down The Oatmeal's charitable fundraiser

The fundraiser, now at $170,000, doesn't violate the ToS, as Carreon asserted.

by **Casey Johnston** - June 15 2012, 9:57pm CEST

INTERNET CRIME    LAWSUITS    WEB CULTURE     117




CORNING Gorilla'Glass

New Corning® Gorilla® Glass 2 For:
• Slimmer & sleeker devices
• Brighter images
• Greater touch sensitivity
GET THE STORY »

**TOP FEATURE STORY** ◢



FEATURE STORY (2 PAGES)

PDFmyURL.com



The Inman comic that really set Carreon off.

📷 The Oatmeal/Matthew Inman

Lawyer Charles Carreon's attempt to shut down Web cartoonist The Oatmeal's taunting charitable fundraiser has been denied, according to Indiegogo, the service used to collect the money. Carreon, who threatened to sue The Oatmeal (alias Matthew Inman) for defaming FunnyJunk.com if he didn't pay Carreon $20,000, has complained that the fundraiser violated Indiegogo's terms of service.

Carreon demanded the money as penance for a blog post that Inman wrote stating that humor site FunnyJunk was stealing content from The Oatmeal, Inman's website. Inman responded by pledging to raise the money Carreon requested, and then to donate it in equal parts to the National Wildlife Foundation and the American Cancer Society (also known as "Operation BearLove Good, Cancer Bad").

Carreon received antagonistic e-mails and was sent many copies of Inman's drawing of Carreon's mother attempting to seduce a Kodiak bear by fans of Inman, to his shock and surprise. The lawyer subsequently removed his contact info from his website. Carreon told MSNBC that he believed that the fundraiser violated Indiegogo's terms of use, and "sent a request to disable the fundraising campaign."

## FUNNYJUNK V. THE OATMEAL

**Defenders of The Oatmeal create parody websites to pick up the fight**

**FunnyJunk lawyer's wife wades into fray, calls critics "nazi scumbags"**

**FunnyJunk attorney ropes California Attorney General into The Oatmeal lawsuit**

**The Internet's most hated man**

**Doubling down: FunnyJunk lawyer to subpoena Ars, Twitter**

## "Who needs an app store?" Five years of iPhone

The iPhone has evolved—and altered the course of the smartphone industry.

by **Jacqui Cheng** - June 28 2012, 10:30pm CEST



### STAY IN THE KNOW WITH

     

### LATEST NEWS

 **Minitel, France's precursor to the Web, to go dark on June 30**

 **Hands-on with the Google Drive for iOS app: mostly read only**

 **Chrome for iOS review: syncing is great, but still just an iOS WebKit wrapper**

 **Hang with the Ars Editors for a Friday Fireside Chat!**

 **Tidal massaging reveals a hidden ocean on Saturn's moon, Titan**

**MUSICAL CHAIRS**

 PDFmyURL.com

"Charles Carreon did indeed reach out to Indiegogo with this complaint," Indiegogo told Ars in an e-mail. The company was working with its lawyer "to make sure everything was legit about the campaign," and determined it hasn't "seen any behavior to cause them to believe that this campaign doesn't comply with their terms of service."

While that skirmish was lost, the fundraiser surged to $170,000 after just three days. Inman said he will choose two more charities in addition to the initial two among which he will divide the money. The campaign will continue on unimpeded for the 11 days that remain.

**Update**: Courtesy of reader albeec13, here is a letter from Venkat Balasubramani, an attorney with Focal PLLC, addressed to Carreon on behalf of Inman. The letter asserts that FunnyJunk may be at greater fault for its failure to comply with DMCA practices and categorically dismisses the idea that Inman's blog post was defamatory.

## EDITOR'S PICK: PROMOTED READER COMMENT

**albeec13** | Ars Centurion                                          jump to post

Casey, if you didn't see this already, Inman has obtained a lawyer and his lawyer has drafted a response to FunnyJunk's lawyer (6 pages of response, including an Ars Technica name drop, among other things.)

http://www.scribd.com/doc/96850920/Funn ... l-Response

One of the most damning parts in the response is where Inman's lawyer implies that FunnyJunk has not complied with mandatory DMCA policies for allowing content owners to request takedowns in order for the site to file for protection under DMCA law.

In other words, Inman can really put a world of hurt on FunnyJunk by holding them liable for the infringements, rather than being able to claim innocence under DMCA and blame their users for uploading the content.

*Last edited by albeec13 on 15 Jun 2012 15:18*

392 posts | registered Jun 24, 2008

**Apple: goodbye hardware engineering head Bob Mansfield, hello Dan Riccio**

## ARS JOBS — powered by monster

**Programmer**
MI-Warren, We are searching for a Programmer with 3 - 5 years experience to work at our facility loc...

**Sr. Mechanical Design Engineer**
IN-Columbus, Mechanical Design Engineer: JOB SUMMARY: The candidate will work closely with the rest ...

**Senior Mine Engineer**
Beckley, Senior Mine Engineer Tata Chemicals, a leading manufacturer of soda ash, seeks candidates f...

See more job listings



 PDFmyURL.com

## READER COMMENTS  117

 684        72                    18        

 Like     +1        Tweet     Share     12

 **Casey Johnston** / Casey Johnston is an Associate Writer for Ars Technica covering gadgets, privacy, and tech culture. She graduated from Columbia University with a degree in Applied Physics.

**Follow @caseyjohnston**



← **OLDER STORY**                    **NEWER STORY** →

## YOU MAY ALSO LIKE ◢

**BEAR LOVE**

### FunnyJunk's lawyer personally gave money to The Oatmeal's fundraiser

You gotta give if you wanna sue.



**Angry "Internet lawyer" sues The Oatmeal, bears, and cancer research**



**FunnyJunk attorney ropes California Attorney General into The Oatmeal lawsuit**







PDFmyURL.com

**Doubling down: FunnyJunk lawyer to subpoena Ars, Twitter**

**The Internet's most hated man**

**Defenders of The Oatmeal create parody websites to pick up the fight**

BAD OATMEAL

**FunnyJunk's lawyer personally sues The Oatmeal creator**

Charles Carreon complains about "incitement to cyber-vandalism."



**FunnyJunk lawyer's wife wades into fray, calls critics "nazi scumbags"**

SITE LINKS

About Us
Advertise with us
Contact Us
Reprints

SUBSCRIPTIONS

Subscribe to Ars

MORE READING

RSS Feeds
Newsletters

CONDE NAST SITES

Reddit
Wired
Vanity Fair
Style
Details

Visit our sister sites

Subscribe to a magazine



VIEW MOBILE SITE

© 2012 Condé Nast. All rights reserved
Use of this Site constitutes acceptance of our User Agreement (effective 3/21/12) and Privacy Policy (effective 3/21/12)
Your California Privacy Rights

PDFmyURL.com

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices▷