

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES CARREON,
PLAINTIFF

V.

CASE NO. 4:12-CV-3112-~~DMR~~ EMC

MATTHEW INMAN, ET AL,
DEFENDANTS

GINO ROMANO, MOVANT

MOTION TO INTERVENE AS PLAINTIFF
UNDER FED.R.CIV.P RULE 24(A)2, 24(B)

COMES NOW, GINO ROMANO, WITH NEWLY DISCOVERED EVIDENCE, MOVES THIS COURT TO INTERVENE IN THIS LITIGATION AS A PLAINTIFF. I HAVE JUICY DETAILS RELATED TO THIS CASE. ON 6/20/2012 PLAINTIFF CHARLES CARREON THRE A HOT CUP OF OATMEAL IN MY FACE. I ALSO HAVE EVIDENCE TAKEN ON MY I-PHONE OF CHARLES CARREON SETTING WILD FIRES WITH MATCHES IN COLORADO. I'M GINO ROMANO AND I HAVE NUMEROUS A/K/A'S ON THE INTERNET BUT IT DOES NOT TAKE A EINSTEIN TO FIGURE ME OUT. CHARLES CARREON JOINED AL-QAEDA ON 2/14/2012 THEN ZAWARI # 2 TOLD CARREON TO FILE THIS BOGUS LAWSUIT AGAINST INMAN, ME & INMAN ARE DRINKING BUDDIES AT AA MEETINGS AND I'M STARTING A CULT OF CROWDFUDING LAWSUITS NATIONWIDE. CHARLES CARREON TOLD ME PERSONALLY TO FILE 10 DIFFERENT KIM KARDASHIAN LAWSUITS IN 10 DIFFERENT JURISDICTIONS, AND CARREON TOLD ME IT DOES NOT MATTER THAT THE COURTS BAN ME, BECAUSE ALLS I HAVE TO DO IS FILE ANOTHER SUIT WITH A FRIEND/ ASSOCIATE/ CULT FOLLOWER IN THEIR NAME, I FILE LAWSUITS NATIONWIDE BECAUSE CARREON FORCED ME TO, SOMETIMES AT GUN POINT, OTHERS WITH A BUCK KNIFE, CARREON TOLD ME HE IS GOING TO BE JERRY SANDUSKYS APPEAL LAWYER. I ALSO INTERVENE IN THIS CASE TO INFORM THE COURT THAT CARREON WILL USE THE FUNDS IF AWARDED IN THIS CASE AND GIVE TO HIS FRIEND GEORGE ZIMMERMAN IN FLORIDA IF THIS CASE IS RULED IN HIS FAVOR, SO WE CANT LET THIS HAPPEN. CARREON ALSO HAS BEEN GIVING PRO-SE LEGAL ADVICE TO NORTH KOREAN TROOPS, AND CARREON ALSO CONSPIRED WITH JARED LEE LOUGHNER IN TUCSON BY BRAIN WASHING LOUGHNER AND PROVIDING DEFENSE STRAGEDYS, AND CARREON HAD A AFFAIR WITH AMANDA KNOX AT THE ITALIAN EMBASSY VALENTINES DAY 2005, ON JUNE 3, 2009 CARREON MURDERED CARRADINE IN THAI, AND TOOK HIS STAR OF DAVID. CARREON WAS NAMED AFTER CHARLES MANSON

TOOK HIS STAR OF DAVID . CARREON WAS NAMED AFTER CHARLES MANSON I ALSO PERSONALLY SAW CARREON SHOPLIFT AT STAPLES IN TUCSON TYPING PAPER USED TO FILE THIS LAWSUIT. I SEEK A RESTRAINING ORDER AGAINST CARREON JUST IN CASE HE COUNTER SUES ME OR DEFAMES MY CHARACTER IN RESPONDING TO MY INTERVENTION BY STATING LIES AND UNFACTS ABOUT ME, BECAUSE HE ONLY ASSUMES WHO I'M AM, BUT REALLY HAS NO CLUE!

RESPECTFULLY, *[signature]* 6-20-12

GINO ROMANO
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

## CERTIFICATE OF SERVICE

I CERTIFIY THAT THE FOLLOWING FOREGOING MOTION WAS SENT VIA THE UNITED STATES POSTAL SERVICE ON 6/20/12 TO THE FOLLOWING PARTIES:

**Charles Carreon**
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
520-841-0835
520-843-2083 (fax)

**Venkat Balasubramani**
Focal PLLC
8426 40th Ave SW
Seattle, WA 98136
206-529-4827
206-260-3966 (fax)

RESPECTFULLY, _____ 6-20-12

GINO ROMANO
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211