FILED

JUN 25 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES CARREON,
PLAINTIFF

CASE NO. 3:12-CV-03112-EMC

V.

MATTHEW INMAN, ET AL.,
DEFENDANTS

MOTION TO INTERVENE AS PLAINTIFF
UNDER FED.R.CIV.P.RULE 24(A)2, 24(B)

COMES NOW, GINO ROMANO CARREON, MOVES THIS HONORABLE COURT TO INTERVENE WITH NEWLY DISCOVERED EVIDENCE UNDER RULE 24.

MY NAME IS GINO ROMANO CARREON AND I'M THE ESTRANGED BROTHER OF PLAINTIFF CHARLES CARREON AND I WILL LIKE TO PRESENT MY TESTIMONY AND WOULD LIKE TO SPEAK BECAUSE CHARLES CARREON IS OUT OF CONTROL WITH HIS LITIGATION AND POSSESSED TO FILE FRIVOLOUS LAWSUITS. LAST MONTH I WAS AT CHARLES CARREON'S HOME IN TUSCON, AND I WENT INTO HIS ATTACK AND FOUND A FRIVOLOUS LAWSUIT MANUSCRIPT WRITTEN BY CHARLES CARREON & JONATHAN LEE RICHES, WITH A SIGNED PACT AGREE-MENT BETWEEN RICHES & CHARLES TO FILE FRIVOLOUS LAWSUITS IN COURTS JUST TO GARNISH ATTENTION AND FOR SELF PROMOTION. CHARLES TOLD ME PERSONALLY THAT EVERYTHING IN THIS LAWSUIT IS A LIE, AND HE JUST MADE UP ALL THE ALLEGATIONS AGAINST INMAN & THE DEFENDANTS. I'M WHISTLE BLOWING ON MY BROTHER JUST LIKE DAVID DID TO HIS BROTHER TED KACZYNSKI EXPOSING & TURNING IN TED'S MANUSCRIPT, I'M DOING THE SAME. MY BROTHER CHARLES & JONATHAN LEE RICHES PLAN TO SAME SEX MARRY ON THE STEPS OF SAN FRANSICO, AND ONCE MARRY, THEY ARE GOING TO GO ON A LITIGATION JIHAD AND FILE FRIVOLOUS LAWSUITS, AS THEY BOTH GET THEIR KICKS & ROCKS FILING BOGUS LAWSUITS, LIKE THIS ONE. I WILL ALSO CONFESS NOW ON RECORD THAT I HAD A AFFAIR WITH CHARLES CARREONS WIFE TARA LYNN CARREON, WHERE WE WERE SECRETLY EXCHANGING INTIMATE EMAILS ON SEX.COM AND SHE HAD A AFFAIR WITH CHARLES CARREON WITH ME AT A BUDDIST TEMPLE IN TIBET. CHARLES CARREON KNOWS THIS, THATS WHY WE ARE STRANGED, AND THATS HOW I FOUND THE MANUSCRPIT BECAUSE I WAS AT HIS HOUSE PACKING OUT MY BELONGINGS IN HIS ATTACK BUT I ALSO FOUND A LETTER CARREON ADDRESSED TO HIS LOVER RICHES THAT IF HE WINS ANY DAMAGES IN THIS LAWSUIT HE IS GOING TO BUY HIM SELF A HAIR PIECE AND DONATE THE REST TO AL-QAEDA, WHICH I CANNOT ALLOW TO HAPPEN, SO I'M ASKING THIS COURT TO RESPECTFULLY DISMISS THIS CASE AS A PATRIOTIC DUTY

THIS COURT TO RESPECTFULLY DISMISS THIS CASE AS A PATRIOTIC DUTY AND FOR THE FACT THAT CARREON IS A LIAR, AND EVERYONES TIME IS BEING WASTED HERE. I RESPECTFULLY PRAY THIS COURT WILL GRANT MY MOTION FOR RELIEF.

RESPECTFULLY, _____ 6-22-12

GINO ROMANO CARREON
1617 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103

CERTIFICATE OF SERVICE

I CERTIFIY THAT THE FOLLOWING FOREGOING MOTION WAS SENT VIA THE UNITED STATES POSTAL SERVICE ON 6/22/12 TO THE FOLLOWING PARTIES:

**Charles Carreon**
Charles Carreon, Esq.
2165 S. Avenida Planeta
Tucson, AZ 85710
520-841-0835
520-843-2083 (fax)

**Venkat Balasubramani**
Focal PLLC
8426 40th Ave SW
Seattle, WA 98136
206-529-4827
206-260-3966 (fax)

RESPECTFULLY, _GR 6-22-12_

GINO ROMANO CARREON
1617 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103