UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW INMAN, et al.,<br><br>    Defendants.<br>_____/ | No. C12-3112 EMC<br><br>**ORDER RE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Docket No. 20)** |

Plaintiff Charles Carreon has applied to this Court, *ex parte*, for a Temporary Restraining Order to enjoin defendant Indiegogo, Inc. from transferring the proceeds of the Bear Love campaign to Matthew Inman or any other entity. Counsel for Indiegogo, Inc. states in a declaration that such a transfer of funds held by Indiegogo has already taken place. *See* Declaration of Ragesh Tangri ¶ 6 (Docket No. 22, Attachment 1). Mr. Inman states, "with respect to the remaining funds," that he has "written a check to each charity" in the amount of $54,473.32, and has "given these checks to my counsel to forward to the American Cancer Society and the National Wildlife Federation." *See* Declaration of Matthew Inman ¶ 40 (Docket No. 24). Although this would moot Plaintiff's request for a TRO, the Court has not received verification that these checks have, in fact, been delivered to the two charities.

///
///
///
///

IT IS HEREBY ORDERED THAT defendant Matthew Inman file proof showing that these two checks have, in fact, been delivered to the two charities by **no later than 5:00 p.m. on July 3, 2012**.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
EDWARD M. CHEN
United States District Judge