Kurt Opsahl (SBN 191303)
*kurt@eff.org*
Matthew Zimmerman (SBN 212423)
*mattz@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Venkat Balasubramani (SBN 189192)
*venkat@focallaw.com*
Focal PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 529-4827
Facsimile: (206) 260-3966

Attorneys for Defendant Matthew Inman

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLES CARREON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100,<br>　　　　Defendants,<br><br>　　and<br><br>KAMALA HARRIS, Attorney General of the State of California,<br><br>　　A Person To Be Joined If Feasible Under Fed. R. Civ. P. 19 | Case No.: 12-cv-3112-EMC<br><br>**DECLARATION OF VENKAT BALASUBRAMANI IN SUPPORT OF MR. INMAN'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

I, Venkat Balasubramani, of full age, certify, declare and state:

1. I am an attorney at law, admitted to practice in the State of California, and one of the lawyers for Matthew Inman. The facts contained in this Declaration are known to me of my own personal knowledge and if called upon to testify, I could and would competently do so.

2. I mailed (via US Postal Service Express Mail, postage prepaid) the check referenced in Paragraph 40 of Mr. Inman's Declaration, in the amount of $54,473.32, to the American Cancer Society, addressed to: American Cancer Society, PO Box 22718, Oklahoma City, OK, 73123-1718.

3. I mailed (via US Postal Service Express Mail, postage prepaid) the other check referenced in Paragraph 40 of Mr. Inman's Declaration, in the amount of $54,473.32, to the National Wildlife Federation, addressed to: National Wildlife Federation, PO Box 1691, Merrifield, VA, 22116-1691.

I declare under penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed on July 3, 2012, in Seattle, Washington.

*/s/ Venkat Balasubramani*
Venkat Balasubramani

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012, I electronically filed the foregoing Declaration with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

Executed on July 3, 2012, in Seattle, Washington.

*/s/ Venkat Balasubramani*
Venkat Balasubramani