CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney Pro Se for Plaintiff Charles Carreon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CARREON, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and Does 1 – 100, <br><br> Defendants, <br><br> and <br><br> KAMALA HARRIS, Attorney General of the State of California, <br><br> A Person To Be Joined If Feasible Under F.R.Civ.P. 19. | Case No.: CV-12-3112-EMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Judge: Hon. Edward M. Chen <br> Courtroom: 5, 17th Floor |

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), plaintiff dismisses the action.

Dated: July 3, 2012          CHARLES CARREON, ESQ.

By: s/Charles Carreon
CHARLES CARREON (127139)
Attorney for Pro Se for Plaintiff