| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | RICHARD L. GROSSMAN (State Bar No. 112841)<br>Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, CA  94111<br>Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300<br>Email:   rgrossman@kilpatricktownsend.com |

Attorney for Defendant
American Cancer Society

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES CARREON,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW INMAN, INDIEGOGO, INC., NATIONAL WILDLIFE FEDERATION, AND AMERICAN CANCER SOCIETY, and DOES 1 – 100,<br><br>          Defendants,<br><br>     and<br><br>KAMALA HARRIS, Attorney General of the State of California,<br><br>          A Person To Be Joined If<br>          Feasible Under F.R.Civ.P. 19 | Case No. CV-12-3112-EMC<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom: 5-17th Foor<br>Judge: Honorable Edward M. Chen |

Notice is hereby given that the undersigned attorney, Richard L. Grossman, enters an appearance in this matter as counsel for Defendant American Cancer Society for the purpose of receiving all briefs, motions, orders, correspondence and other papers, notices and orders from the Court.



1  DATED: July 3, 2012        Respectfully submitted,
2
3                              KILPATRICK TOWNSEND & STOCKTON LLP
4
5                              By:  /s/ Richard L. Grossman
                                    RICHARD L. GROSSMAN
6
7
8                              Attorney for Defendant
                               American Cancer Society
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012, I electronically filed the above document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

Executed on July, 3 2012 in San Francisco, California.

/s/ *Sarah T. Grilli*

SARAH T. GRILLI

Kilpatrick Townsend 64401688 1



NOTICE OF APPEARANCE
CASE NO. C V-12-3112-EMC

- 3 -